## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00044-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  HIEU C. MATTISON,

    Defendant.

---

## INDICTMENT
## 26 U.S.C. § 7206(2)

---

The Grand Jury charges:

## **COUNTS 1 – 24**

On or about the dates listed below, in the State and District of Colorado, the defendant, HIEU C. MATTISON, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of U.S. Individual Form 1040 Income Tax Returns in the taxpayer initials and for the calendar years listed below.  The returns were false and fraudulent as to material matters, in that the returns represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim the income and tax credits identified below when in fact the taxpayers did not earn these additional wages, and were not entitled to these tax credits, as the defendant well knew.

1

| Count | Tax Year | Date Received by IRS | Taxpayers' Initials | False Line Item(s) |
|---|---|---|---|---|
| 1 | 2009 | February 8, 2010 | 2009 U.S. Individual Income Tax Return in the name of C.R. | 1. Form 1040 Household Help (HSH) Income - $2,288 (Line 7)<br>2. Schedule C Receipts - $8,421 (Line 1) |
| 2 | 2009 | March 8, 2010 | 2009 U.S. Individual Income Tax Return in the name of V.D. | 1. Form 1040 HSH Income - $1,600 (Line 7)<br>2. Schedule C Receipts - $6,200 (Line 1) |
| 3 | 2010 | February 7, 2011 | 2010 U.S. Individual Income Tax Return in the name of D.M. | 1. Form 1040 HSH Income - $2,500 (Line 7)<br>2. Schedule C-EZ Receipts - $8,540 (Line 1) |
| 4 | 2010 | February 7, 2011 | 2010 U.S. Individual Income Tax Return in the name of J.D. | 1. Form 1040 HSH Income - $2,500 (Line 7)<br>2. Schedule C-EZ Receipts - $7,850 (Line 1) |
| 5 | 2010 | February 7, 2011 | 2010 U.S. Individual Income Tax Return in the name of M.L. | 1. Form 1040 HSH Income - $3,420 (Line 7)<br>2. Schedule C-EZ Receipts - $6,741 (Line 1) |
| 6 | 2010 | February 7, 2011 | 2010 U.S. Individual Income Tax Return in the name of M.M. | 1. Form 1040 HSH Income - $3,120 (Line 7)<br>2. Schedule C-EZ Receipts - $8,541 (Line 1) |

Case No. 1:16-cr-00044-MSK   Document 1   filed 01/28/16   USDC Colorado   pg 2 of 6

| Count | Tax Year | Date Received by IRS | Taxpayers' Initials | False Line Item(s) |
|---|---|---|---|---|
| 7 | 2010 | February 7, 2011 | 2010 U.S. Individual Income Tax Return in the name of P.B. | 1. Form 1040 HSH Income - $3,140 (Line 7) 2. Schedule C-EZ Receipts - $7,650 (Line 1) |
| 8 | 2010 | February 7, 2011 | 2010 U.S. Individual Income Tax Return in the name of S.D. | 1. Form 1040 HSH Income - $3,410 (Line 7) 2. Schedule C-EZ Receipts - $4,510 (Line 1) |
| 9 | 2010 | February 7, 2011 | 2010 U.S. Individual Income Tax Return in the name of V.D. | 1. Form 1040 HSH Income - $2,710 (Line 7) 2. Schedule C-EZ Receipts - $5,620 (Line 1) |
| 10 | 2010 | February 14, 2011 | 2010 U.S. Individual Income Tax Return in the name of C.R. | 1. Form 1040 HSH Income - $2,840 (Line 7) 2. Schedule C-EZ Receipts - $8,420 (Line 1) |
| 11 | 2011 | February 13, 2012 | 2011 U.S. Individual Income Tax Return in the name of A.A. | 1. Form 1040 HSH Income - $12,998 (Line 7) 2. Earned Income Tax Credit (EITC) - $5,112 (Line 64a) 3. Additional Child Tax Credit (ACTC) - $1,500 (Line 65) 4. American Opportunity Tax Credit (AOTC) - $390 (Line 66) |

Case No. 1:16-cr-00044-MSK   Document 1   filed 01/28/16   USDC Colorado   pg 3 of 6

| Count | Tax Year | Date Received by IRS | Taxpayers' Initials | False Line Item(s) |
|---|---|---|---|---|
| 12 | 2011 | February 13, 2012 | 2011 U.S. Individual Income Tax Return in the name of C.R. | 1. Form 1040 HSH Income - $12,487 (Line 7)<br>2. AOTC - $396 (Line 66) |
| 13 | 2011 | February 13, 2012 | 2011 U.S. Individual Income Tax Return in the name of D.M. | 1. Form 1040 HSH Income - $1,502 (of the $16,487 listed on Line 7) |
| 14 | 2011 | February 13, 2012 | 2011 U.S. Individual Income Tax Return in the name of P.B. | 1. Form 1040 HSH Income - $11,256 (Line 7)<br>2. AOTC - $352 (Line 66) |
| 15 | 2011 | February 13, 2012 | 2011 U.S. Individual Income Tax Return in the name of V.D. | 1. Form 1040 HSH Income - $9,025 (Line 7) |
| 16 | 2011 | February 20, 2012 | 2011 U.S. Individual Income Tax Return in the name of A.R. | 1. Form 1040 HSH Income - $6,984 (of the $10,325 listed on Line 7)<br>2. EITC - $3,094 (Line 64a)<br>3. ACTC - $1,000 (Line 65) |
| 17 | 2011 | February 20, 2012 | 2011 U.S. Individual Income Tax Return in the name of J.D. | 1. Form 1040 HSH Income - $9,895 (of the $15,405 listed on Line 7)<br>2. AOTC - $516 (Line 66) |
| 18 | 2011 | February 20, 2012 | 2011 U.S. Individual Income Tax Return in the name of M.M. | 1. AOTC - $280 (Line 66) |

4

| Count | Tax Year | Date Received by IRS | Taxpayers' Initials | False Line Item(s) |
|---|---|---|---|---|
| 19 | 2011 | February 20, 2012 | 2011 U.S. Individual Income Tax Return in the name of P.B. | 1. EITC - $1,754 (Line 64a)<br>2. ACTC - $813 (Line 65) |
| 20 | 2011 | February 20, 2012 | 2011 U.S. Individual Income Tax Return in the name of S.D. | 1. Form 1040 HSH Income - $9,984 (Line 7) |
| 21 | 2011 | March 3, 2012 | 2011 U.S. Individual Income Tax Return in the name of V.R. | 1. AOTC - $1,000 (Line 66) |
| 22 | 2011 | March 12, 2012 | 2011 U.S. Individual Income Tax Return in the name of E.B. | 1. Education Credits - $659 (Line 49)<br>2. AOTC - $439 (Line 66) |
| 23 | 2011 | March 21, 2012 | 2011 U.S. Individual Income Tax Return in the name of L.T. | 1. Form 1040 HSH Income - $16,952 (Line 7)<br>2. EITC - $5,052 (Line 64a)<br>3. ACTC - $2,000 (Line 65)<br>4. AOTC - $660 (Line 66) |
| 24 | 2011 | May 14, 2012 | 2011 U.S. Individual Income Tax Return in the name of R.G. | 1. Form 1040 Wages - $4,500 (of the $8590 listed on Line 7)<br>2. AOTC - $496 (Line 66) |

All in violation of Title 26, United States Code, Section 7206(2).

5

                                A TRUE BILL

                                s/Ink signature on file in Clerk's Office
                                FOREPERSON

JOHN F. WALSH
United States Attorney


By: s/Martha A. Paluch
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Martha.Paluch@usdoj.gov