DEFENDANT: HIEU C. MATTISON

DOB: 1963

ADDRESS:

Thornton, CO   80233

COMPLAINT FILED?        _____ YES     X    NO

OFFENSE:

**Counts 1-24:**             26 U.S.C. § 7206(2) – Aiding or Assisting in the Preparation of a False Tax Return

LOCATION OF OFFENSE:        Jefferson County, Colorado

PENALTY:

**Counts 1-24:**             NMT 3 years imprisonment; a fine of NMT $250,000; costs of prosecution; NMT 1 year supervised release; and $100 Special Assessment

AGENT:             Internal Revenue Service Special Agent Even Garrett

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
    X    five days or less
  _____  over five days
  _____ other

THE GOVERNMENT
  _____  will seek detention in this case
     X     will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____    Yes          X    No