IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00044-MSK-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HIEU C. MATTISON,

      Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      */s/ David E. Johnson*
      David E. Johnson
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      David_Johnson@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2016, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Hieu C. Mattison *(via U.S. Mail)*

*/s/ David E. Johnson*
David E. Johnson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_Johnson@fd.org
Attorney for Defendant