**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00044-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HIEU C. MATTISON,

    Defendant.

_____

**GOVERNMENT'S UNOPPOSED MOTION FOR A STIPULATED
PROTECTIVE ORDER REGARDING TAX AND PERSONAL
IDENTIFYING INFORMATION OF THIRD PARTIES**
_____

    The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendant Hieu C. Mattison, through his counsel David E. Johnson, respectfully move this Court to enter the attached Stipulated Protective Order governing the discovery in this case in order to protect the tax and personal identifying information of third parties.

    The instant offense involves the defendant's alleged preparation and filing of false tax returns for numerous individuals. The discovery in this case includes the tax returns filed in these individuals' names, which returns contain these individuals' personal identifying information such as dates of birth, addresses, and social security numbers. It is necessary for the government to make these materials available to the defendant and his counsel in discovery.

    In order to balance the privacy concerns of the individuals named in the tax

1

returns, related tax material, and other records against the important interest in the government providing broad discovery in this case, the parties have stipulated to the terms set forth in the attached proposed protective order, to include the following:

1. Discovery shall be made only to the defendant, his attorney, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors).

2. The defendant and his attorney or agent(s) will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case.

3. The discovery in this case shall be maintained in the defense attorney's (or third-party vendor's) custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.

4. Defense counsel agrees that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of the Stipulated Protective Order and will ensure that the third-party vendor agrees to the terms set forth in the Stipulated Protective Order prior to receipt of any discovery.

It may in certain circumstances be necessary for defense counsel to share with his client specific, redacted discovery.   In that event, the parties propose to the Court that they be allowed to modify by agreement the proposed Stipulated Protective Order to allow disclosure of that redacted discovery.

THEREFORE, the parties request that the Court enter the attached Stipulated Protective Order.

JOHN F. WALSH
United States Attorney


By:*Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0353
(303) 454-0402 (fax)
Martha.Paluch@usdoj.gov
Attorney for Government


## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:


David E. Johnson
Assistant Federal Public Defender
Counsel for Defendant Hieu C. Mattison
David_Johnson@fd.org


s/ *Mariah Tracy*
MARIAH TRACY
Legal Assistant
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0401
e-mail: Mariah.Tracy@usdoj.gov

3