IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00044-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HIEU C. MATTISON,

    Defendant.

_____

**STIPULATED PROTECTIVE ORDER**
_____

    The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendant Hieu C. Mattison, through his counsel David E. Johnson, hereby submit this Stipulated Protective Order for the Court's consideration and approval.

    The instant offense involves the defendant's alleged preparation and filing of false tax returns for numerous individuals.   The discovery in this case includes the tax returns filed in these individuals' names, which returns contain these individuals' personal identifying information such as dates of birth, addresses, and social security numbers.   It is necessary for the government to make these materials available to the defendant and his counsel in discovery.

    In order to balance the privacy concerns of the individuals named in the tax returns, related tax material, and other records against the important interest in the government providing broad discovery in this case, the parties stipulate to this protective order.   For good cause, the Court may enter a protective order regulating discovery in a

1

criminal case pursuant to Fed. R. Crim. P. 16(d)(1).

IT IS STIPULATED that disclosure of information contained in the tax returns, related tax material, and other records at issue in this case shall be made only to the defendant, his attorney, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors); the defendant and his attorney or agent will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case; this information shall be maintained in the defense attorney's (or third-party vendor's) custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.   Defense counsel agree that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of this Stipulated Protective Order and will ensure that the third-party vendor agrees to the terms set forth in this Protective Order prior to receipt of any discovery.

IT IS ALSO STIPULATED that this agreement may be modified by specific agreement between the United States and the defendant where disclosure of certain redacted discovery to the defendant is necessary.

SO STIPULATED:


_*s/David E. Johnson*_          _2/24/16_       _*s/ Martha A. Paluch*___   _2/24/16_____
David E. Johnson              Date            AUSA Martha A. Paluch    Date
Counsel for Hieu C. Mattison                  Counsel for the United States

2

APPROVED and SO ORDERED:

_____
The Honorable Marcia S. Krieger
United States District Court Chief Judge