## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 20, 2016 |
| Court Reporter: | Terri Lindblom | |

Criminal Action No. 16-cr-00044-MSK

*Parties*:                                                              *Counsel Appearing:*

UNITED STATES OF AMERICA,                        Martha Paluch

      Plaintiff,

v.

HIEU C. MATTISON,                                          David Johhson

      Defendant.

## COURTROOM MINUTES

HEARING:   Motions

**4:09 p.m.     Court in session.**

Defendant present on bond.

The Court addresses defendant's Motion to Continue Trial (**Doc. #16**).

Argument.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**   The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Defendant's Motion to Continue Trial (**Doc. #16**) is **GRANTED**.  The trial currently scheduled to commence on **April 25, 2016 is VACATED** and reset for a 3 day Jury trial on

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

                **June 20-23, 2016 at 8:30 a.m.**, and a Final Pretrial Conference is set on **June 16, 2016 at 4:30 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO

**ORDER:**    Bond is continued.

**4:23 p.m.**    **Court in recess.**

**Total Time:**    **14 minutes.**
**Hearing concluded.**