IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:   July 20, 2016 |
| Court Reporter: | Terri Lindblom | |

Criminal Action No. 16-cr-00044-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| HIEU C. MATTISON, | David Johnson |
| Defendant. | |

ARRAIGNMENT AND CHANGE OF PLEA HEARING

**10:06 a.m.      Court in session.**

Defendant present on bond.

Defendant is arraigned on Count 17 of the **Indictment**.  Defendant pleads guilty to Count 17 of the **Indictment.  The Government intends to dismiss the remaining Counts of the Indictment 1-16; 18-24.**

Defendant sworn.

Defendant advised regarding:

       1)     The Plea Agreement;
       2)     The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
       3)     The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes  
Chief Judge Marcia S. Krieger  
Page 2

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

The Government orally moves to dismiss the remaining Counts of the Indictment 1-16; 18-24. Defendant has no objection.

Oral findings are made of record.

**ORDER:**   The Government's or Motion to Dismiss the remaining Counts of the Indictment 1-16; 18-24 is **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:**   Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**   Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 17 of the Indictment.**

**ORDER:**   Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**   Sentencing hearing is set on **October 17, 2016 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Bond is continued.

**10:47 a.m.**   **Court in recess.**

**Total Time:   41 minutes.**
**Hearing concluded.**