IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00044-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HIEU C. MATTISON,

    Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT'S OCTOBER 17, 2016 SENTENCING HEARING**

---

The United States of America (the government) respectfully requests, without opposition from the defendant, that the Court continue the defendant's October 17, 2016 sentencing hearing. As grounds for this motion, the government states as follows:

1) On January 28, 2016, the grand jury returned a 24-count indictment charging the defendant with 24 counts of Willfully Aiding and Assisting in the Preparation of a False Tax Return, in violation of 26 U.S.C. § 7206(2). ECF 1.

2) The defendant pled guilty on July 20, 2016, to Count 17 of the Indictment. ECF 22. The defendant's sentencing hearing is scheduled to commence at 9:00 a.m. on October 17, 2016.

3) The presentence investigation report was prepared on September 12, 2016, and the parties' objections to this report are due by September 29, 2016. ECF 25.

1

4) Recently, the IRS scheme development center notified the IRS case agent in this matter of approximately 80 tax returns submitted to the IRS with the defendant's Preparer Tax Identification Number (PTIN), which returns contained indications of fraud, similar to the returns at issue in this case.

5) The case agent at that point attempted to contact the taxpayers listed on these returns to determine whether the defendant personally prepared their returns and whether the returns contained materially false statements.

6) To date, the case agent has interviewed five of these taxpayers. These interviews took place during the week of September 12, 2016, and most recently, September 19, 2016.   Additional time for certain interviews has been necessary because of the need for a Spanish speaking interpreter.

7)  Four of the five taxpayers interviewed identified the defendant as the individual who prepared their tax returns and stated that certain line items on their returns were false and that they did not provide this information to the defendant[1]. Notably, three of the four returns were submitted to the IRS within days of the defendant's July 20, 2016 guilty plea – two on July 22 and one on July 24, 2016.

8) The government is requesting additional time for the case agent to pull a small amount of additional suspected false returns and interview the individuals in whose names these returns were filed.   Additional time is also needed for the case agent to prepare Memorandums of these interviews (MOIs).

9)  Once the government receives the tax returns and MOIs, it will

---

[1] The fifth taxpayer stated that another person working at the defendant's place of business, Total Images Financial Services, Inc., in Lakewood, prepared their return.

provide this evidence to defense counsel.

10) The government intends to use this evidence to contest the probationary sentence recommended by the probation office in this case. ECF 25 at R-1. The government is therefore seeking additional time, past the September 29, 2016 deadline for objections to the PSI, to gather this information. The government will then file its objections to the PSI, along with a Sentencing Statement setting forth this evidence and asking the Court to consider this evidence as it applies to "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1).

11) Undersigned counsel has discussed this issue with defendant's counsel Mr. David Johnson. Mr. Johnson indicated that he does not oppose this motion.

12) For these reasons, the government is requesting, without opposition from the defense, that the sentencing hearing in this matter, currently set for October 17, 2016, be continued for a period of 45 days or to a time convenient to the Court and that the due date for objections to the presentence report be continued by a corresponding amount of time.

Respectfully submitted this 21st day of September, 2016.

          ROBERT C. TROYER
          Acting United States Attorney

          s/ Martha A. Paluch
          MARTHA A. PALUCH
          Assistant U.S. Attorney
          1225 17th Street, Suite 700
          Denver, CO 80202
          Telephone 303-454-0100
          Facsimile 303-454-0402
          Email: martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. David Johnson
Assistant Federal Public Defender
Counsel for Defendant Hieu C. Mattison
David_Johnson@fd.org

          s/*Mariah Tracy*
          Mariah Tracy
          Legal Assistant
          United States Attorney's Office
          1225 17th Street, Suite 700
          Denver, CO 80202
          303 454-0100
          Fax: 303 454-0402
          Mariah.tracy@usdoj.gov