IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00044-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HIEU C. MATTISON,

    Defendant.

---

**ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT'S OCTOBER 17, 2016 SENTENCING HEARING**

---

THIS MATTER comes before the Court upon the Government's unopposed motion to continue Defendant's October 17, 2016 sentencing hearing.

The Court having considered this motion, it is hereby

ORDERED that the Government's Unopposed Motion to Continue Defendant's October 17, 2016 sentencing hearing [Doc.   ] is GRANTED.  It is further

ORDERED that Defendant's October 17, 2016 sentencing hearing is continued until _____.

DATED this _____ day of _____, 2016.

BY THE COURT:

_____
MARCIA S. KRIEGER
Chief Judge, United States District Court
District of Colorado

1