Attachment 1



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Activity

---

**Investigation #:** 1000246131         **Location:** **IRS-CI**
**Investigation Name:** Hieu Mattison         1999 Broadway 27th Floor
**Dates:** June 27, 2016 -         Denver, CO 80202
November 4, 2016
**Participant(s):** Arleta Moon, Special Agent

1. On June 27, 2016, Hieu Mattison's case was assigned to my inventory. The case was previously assigned to Special Agent Evan Garrett who left the IRS in June 2016.

2. I learned that Hieu Mattison's Electronic Filing Identification Number (EFIN) was expelled on January 2, 2013 by Special Agent Evan Garrett for filing fraudulent tax returns.

3. On July 20, 2016, I attended Hieu Mattison's change of plea hearing.

4. On August 3, 2016, I was notified by the IRS Scheme Development Center that over 80 tax returns were flagged for identity theft. Their report showed that Hieu Mattison was using EFIN 848946 assigned to Total Images Financial Services Inc. to e-file these tax returns. Total Images Financial Services is located at 7500 W. Mississippi Ave, Suite A-240, in Lakewood, CO. That address is the same as Hieu Mattison's business address, AAAE Financial Inc. except the suite number.

5. Twenty four tax returns recently e-filed using Hieu Mattison Preparer Tax Identification Number (PTIN) were forwarded to me for my review.

6. Based on the review of these tax returns, on August 24, 2016, I sent a letter to the Resident Agent in Charge of the Northern Area Scheme Development center, recommending that Total Images Financial Services EFIN be revoked.

7. I interviewed seventeen client witnesses. Fourteen clients stated that their returns are false and that they did not provide Hieu Mattison with the false information that appears on their tax return.

8. On nine of the tax returns Hieu Mattison added false wages and/or false HSH income to line 7, and/or false Schedule C business income or expenses, and/or false S Corporations deductions. On five of the tax returns Hieu Mattison did not add income but he did falsify education credits. On one tax return Hieu

MOA_00000038

Mattison added false earned income credit; however the client said she supported the children.  Two tax returns were prepared by other people in the office.

9.  I attempted to interview two additional client witnesses but I was unable to locate/contact them.  I was unable to contact five client witnesses due to time constraints.

Arleta Moon
Special Agent

U.S. Treasury Criminal Investigation

MOA_00000039