

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000246131 | **Location:** | T-Mobile |
| **Investigation Name:** | Hieu Mattison | | ▮▮▮▮▮▮ |
| **Date:** | September 15, 2016 | | Denver, CO 80222 |
| **Time:** | 4:30 p.m. | | |
| **Participant(s):** | C.C., Witness | | |
| | Arleta Moon, Special Agent | | |

On the above date and time, Special Agent Moon met C.C. at T-Mobile where he is employed. Special Agent Moon introduced herself to C.C. as a Special Agent with IRS Criminal Investigation and displayed her credentials for his inspection. Special Agent Moon advised C.C. that she would like to ask him some questions about the preparation of his 2015 personal income tax return. C.C. provided the following information in response to the agent's questions:

1. C.C.'s full name is C.C. His Social Security number is ▮▮▮▮▮▮ and his date of birth is ▮▮▮ 1989. His cell phone number is ▮▮▮▮▮▮.

2. C.C.'s current address is ▮▮▮▮▮▮ Aurora, CO 80010, he moved there a few weeks ago. His prior address was ▮▮▮▮▮▮, Aurora, CO 80010.

3. C.C. is single and has no children. C.C. graduated from High School. C.C. works as a retail sales representative for T-Mobile; he has worked for T-Mobile four or five years.

4. C.C. heard about Hieu Mattison (Mattison) from a customer at T-Mobile. C.C. first went to Mattison's business AAAE Financial located at 7500 W. Mississippi Ave in Lakewood, CO in 2015 for the preparation of his 2014 income tax return. C.C. said the first year he went to the business Mattison asked him lots of questions. Mattison asked him about business expenses, mileage, parking and meetings for work. In 2014, C.C. helped a few people set up computers and was paid $200 to $300 for the whole year.

5. In March 2016, C.C. went to Mattison's office for the preparation of his 2015 income tax return. C.C. met with Mattison and gave him his Form W-2 and some insurance information regarding two vehicles that were stolen/damaged. C.C. stated he was reimbursed by his insurance company but they gave him less than the appraised value. C.C. also cashed in some T-Mobile stock in 2015 and provided that information to Mattison. C.C. did not fill out a questionnaire and Mattison did not ask many questions. C.C. said he sold Mattison a T-Mobile plan for his business and personal phones so he was busy setting up the accounts while Mattison was preparing his tax return.

6. C.C. was shown a copy of his 2015 income tax return. C.C. reviewed the Schedule C, profit and loss from business. C.C. said he did not have a business in 2015. C.C. never discussed it with Mattison. C.C. does not know what the $4,200 other expenses were on the Schedule C. C.C. did not provide the listed expenses to Mattison. C.C. reviewed the Form 8863, Education Credits; C.C. said he did not have any education expense in 2015. C.C. did not discuss education expense with Mattison or provide the listed education expense of $2,300.

7. Mattison printed C.C. a copy of his tax return and told him the refund amount. Mattison did not review the tax return with him. The tax return was electronically filed and the refund was supposed to be directly deposited in C.C.'s bank account.

8. C.C. stated after two months he still had not received his refund so he called and texted Mattison in June. C.C. was initially told the tax return was denied by the IRS and he had to resubmit it. Mattison texted C.C. on July 24, 2016 and said "accepted less then original accepted at $1,915". C.C. thought the original refund amount was between $2,200 and $2,600. C.C. said he would try and locate the copy of the tax return he received from Mattison. C.C. received a refund of $1,915 a few weeks later.

9. C.C. stated Mattison and his wife (Hispanic female) worked in the office. C.C. believes she also prepares tax returns. There was a large Hispanic male working in the office and Mattison's son, D. M. who C.C. believes was preparing tax returns.

10. C.C. stated Mattison e-mailed him about joining Legal Shield. C.C. said he wasn't interested because it sounded like a pyramid.

11. Special Agent Moon thanked C.C. for his time and asked him to e-mail her if he is able to locate his tax return and any e-mails from Mattison regarding his tax return.

I prepared this memorandum after refreshing my memory from notes made during and immediately after the interview with C.C.

Arleta Moon
Special Agent