

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
### Criminal Investigation

## Memorandum of Conversation

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Investigation Name:** | Hieu Mattison | | Denver, CO 80202 |
| **Date:** | October 3, 2016 | | |
| **Time:** | 1:42 p.m. | | |
| **Participant(s):** | M.D., Witness Arleta Moon, Special Agent | | |

On the above date and time, Special Agent Moon contacted M.D. by telephone to set up an interview. Special Agent Moon introduced herself as a Special Agent with IRS Criminal Investigation. Special Agent Moon advised M.D. that she would like to ask him some questions about the preparation of his 2015 income tax return. M.D. said he would not be available to meet until Wednesday. Special Agent Moon said she could interview him over the phone and if they needed to meet she could meet with him on Wednesday. M.D. provided the following information in response to the agent's questions:

1. M.D.'s full name is M.D.  His Social Security number is ▮▮▮▮▮▮▮▮ and his date of birth is ▮▮▮▮ 1971.  M.D.'s cell phone number is ▮▮▮▮▮▮▮▮.

2. M.D.'s current address is ▮▮▮▮▮▮▮▮, Aurora, CO 80013.  M.D. has lived there for 16 years.

3. M.D. is single with no children.  M.D. is currently working on his bachelor degree in Behavior Science.  M.D. has been attending Metro State for the last 4 years.  M.D. works for MMI Move Management Inc.

4. On March 16, 2016, M.D. went to AAAE Financial Inc. in Lakewood, CO for the preparation of his 2015 income tax return.  M.D. said Hieu Mattison (Mattison) prepared his tax return.  M.D. has been going to Mattison for 3 years.  M.D.'s friend B.J. told him about Mattison, he has been going to Mattison for approximately 5 years.  When M.D. met with Mattison; he gave him his Form W-2, Identification and mortgage interest statement.  Davies paid $65 for the preparation of his state and federal tax returns.

5. M.D. had a copy of his tax return; Special Agent Moon reviewed his tax return line by line.  The numbers were the same up to line 69 - American Opportunity Credit from Form 8863.  The IRS copy list $1,000 and M.D.'s copy list $1,600.  The total payment and refund line is $4,543 on M.D.'s copy.  The IRS copy list $3,943 for the total payment and refund line.  Special Agent Moon reviewed the Form 8863, Education Credits with M.D.

    M.D.'s copy list zero on line 1 and $4,000 on line 7. The IRS copy list $2,500 on line 1 and line 7.

6. M.D. stated he did not attend school or have any education expenses in 2015. M.D. enrolled at Metro State in the spring of 2015 but he had to drop out when his mother passed away. M.D. was able to receive a refund from Metro State for his tuition. M.D. told Mattison he didn't attend school and had to drop out for family reasons. Mattison said "we can still try it." M.D. did not provide Mattison with the $2,500 amount listed on the tax return.

7. In late June 2016, M.D. contacted Mattison's office to find out the status of his refund. Someone (female) from Mattison's office called him back and said it was being processed. M.D. received a refund check in the mail for $3,943 in late July or early August. M.D. said he thought he didn't get the education credit because the refund amount was less then what Mattison told him and what was listed on his copy of his tax return. M.D. said he doesn't know anything about taxes, that is why he hires someone to prepare his taxes.

8. Special Agent Moon thanked M.D. for his time. Special Agent Moon asked if she could get a copy of the tax return he received from Mattison. M.D. said Special Agent Moon could meet him at his house on Wednesday to get a copy.

    I prepared this memorandum on October 3, 2016, after refreshing my memory from notes made during and immediately after the interview with M.D.

*[signature]* E

Arieta Moon
Special Agent

    On October 5, 2016, Special Agent Moon went to M.D.'s house and picked up a copy of his 2015 tax return that he received from Mattison (Attachment A).