

**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | ▇▇▇▇▇▇▇ |
| **Investigation Name:** | Hieu Mattison | | Denver, CO 80211 |
| **Date:** | September 29, 2016 | | |
| **Time:** | 12:35 p.m. | | |
| **Participant(s):** | L.E., Witness | | |
| | R.E., Witness | | |
| | Arleta Moon, Special Agent | | |
| | Lu Pacheco, Investigative Analyst | | |

On the above date and time, Special Agent Moon and Investigative Analyst Pacheco met with L.E. at her home in Denver, CO. Espinoza said her husband, R.E. was in bed, he just had surgery. Special Agent Moon and Investigative Analyst Pacheco introduced themselves and displayed their credentials for inspection. Special Agent Moon advised L.E. that they would like to ask her some questions about the preparation of her 2015 income tax return. R.E. joined the interview later. L.E. provided the following information in response to the agent's questions:

1. L.E.'s full name is L.E. Her Social Security number is ▇▇▇▇▇▇ and her date of birth is ▇▇▇ 1953. L.E.'s home phone number is ▇▇▇▇▇▇. R.E.'s Social Security number is ▇▇▇▇▇▇, his date of birth is ▇▇▇ 54.

2. L.E.'s current address is ▇▇▇▇▇▇ Denver, CO 80211.

3. L.E. has been married for almost 46 years; they do not have any dependents. L.E. completed two years of college, she studied accounting. R.E. completed High School. Both L.E. and her husband are retired.

4. L.E. stated they went to AAAE Financial Inc. to have their 2015 income tax return prepared. Hieu Mattison (Mattison) prepared the income tax return. This was their first year going to Mattison, their preparer for the past 30 years died. R.E. heard about Mattison from a former co-worker who had his tax return prepared by Mattison.

5. In April 2016, before the tax due date, L.E. and her husband went to Mattison's office for the preparation of their 2015 income tax return. They met with Mattison and gave him their Forms 1099 R (retirement Income), Social Security forms, Health Insurance forms, property tax information, contributions, interest for the house and trailer. L.E. also provided Mattison with three or four of their prior year tax returns and told Mattison nothing had changed. Mattison told L.E. he was busy and would not have time to review it until April 19th so he would have to file an extension.

6. L.E. and her husband made an appointment and went back to Mattison's office on April 19th. L.E.'s tax return was prepared when they arrived for the appointment. They received a copy of their tax return and paid Mattison $65 for the tax preparation fee. Mattison did not review the tax return with them; he just told them the refund amount. L.E. owes the IRS for 2014 taxes so they expected the refund to be applied to the prior year taxes.

7. In July 2016, L.E. contacted the IRS because they had not received a notice about their refund being applied to their prior year tax liability. L.E. was told the 2015 tax return had not been filed. L.E. contacted Mattison and set up an appointment. L.E. and her husband met with Mattison in July. Mattison told them that he had electronically filed the return and it was just sitting there at the IRS. A few days later, R.E. called Mattison and Mattison told him he resent the tax return.

8. Special Agent Moon reviewed the 2015 tax return Form 8863, Education Credits with L.E. L.E. stated neither she nor R.E. went to school or had any education expenses in 2015. Mattison did not discuss education expenses with them and they did not provide him the listed education expense. The educational institution listed on the forms is Guardian Angels; L.E. said that was the name of their church. There is a school next to the church but it only goes to the 8th grade.

9. L.E. and R.E. reviewed the Schedule A; neither of them knew what the $9,200 Other Miscellaneous Deductions on line 28 was for. R.E. indicated that was the amount they paid for a new roof on their home in 2015. L.E. said they may have discussed the roof expense with Mattison when they were in his office. Special Agent Moon explained that a new roof on your personal home is not a deducible expense. L.E. stated the amount they donated or given to charities appeared to be correct.

10. Special Agent Moon thanked L.E. and R.E. for their time and left her business card.

I prepared this memorandum on September 29, 2016, after refreshing my memory from notes made during and immediately after the interview with L.E. and R.E.

Arleta Moon
Special Agent

Lu Pacheco
Investigative Analyst