Attachment 6



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
### Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | ▮▮▮▮▮▮ |
| **Investigation Name:** | Hieu Mattison | | Denver, CO 80216 |
| **Date:** | September 29, 2016 | | |
| **Time:** | 4:12 p.m. | | |
| **Participant(s):** | E.M., Witness | | |
| | Arleta Moon, Special Agent | | |
| | Lu Pacheco, Investigative Analyst | | |

On the above date and time, Special Agent Moon and Investigative Analyst Pacheco met with E.M. at her home in Denver, CO. Special Agent Moon and Investigative Analyst Pacheco introduced themselves and displayed their credentials for inspection. Special Agent Moon advised E.M. that they would like to ask her some questions about the preparation of her 2015 income tax return. E.M. provided the following information in response to the agent's questions:

1 . E.M.'s full name is E.M. Her Social Security number is ▮▮▮▮▮▮ and her date of birth is ▮▮▮▮ 1972. E.M.'s cell phone number is ▮▮▮▮▮▮. .

2.  E.M.'s current address is ▮▮▮▮▮▮ Denver, CO 80216.

3.  E.M. is single, her daughter and two children live with her.  E.M. files head of household. E.M. said her daughter works but she pays the household bills.  E.M. received her GED and completed some computer training.  E.M. works for Empire today as a customer service manager, she has been there for 6 years.

4.  E.M. was in the process of buying a house and needed to provide a copy of her tax return to the lender.  E.M. had not filed her 2015 tax return because she owed the IRS for prior years.  It was passed April 15th so most of the tax preparation businesses were closed. E.M. looked online and found AAAE Financial Inc.  E.M. called and made an appointment.

5.  On June 8, 2016, E.M. went to AAAE Financial Inc. in Lakewood, CO for the preparation of her 2015 income tax return.  E.M. met with Hieu Mattison (Mattison); she gave him her Form W-2.  E.M. said Mattison was very fast she only took approximately 20 minutes to prepare the tax return.

6.  Mattison told E.M. she would receive a refund of $2,002.  E.M. asked Mattison why she was getting a refund this year.  E.M. said she owed in prior years and made more money this year.  Mattison told her since her daughter lived with her she was filing head of

MOI_00000119

household. E.M. asked Mattison to look at her 2013 tax return since she owed. E.M. wanted to meet with Mattison the same day but made an appointment for the next day. E.M. paid $60 for the tax preparation. E.M. asked Mattison why he only charged $60. Mattison told her he was a man of God and didn't want to charge a lot of money, he wanted to help people.

7. E.M. was shown a copy of her 2015 income tax return. E.M. reviewed the Schedule C, Profit and Loss from Business. E.M. said she did not own and Beauty Salon. E.M. said Mattison asked her if she had a business. E.M. initially told him no, she didn't have a business. She told him she sold makeup online and asked if that counts.

8. E.M. said in 2014 or 2015 she started selling make-up for Younique online. E.M. paid a $200 startup fee, and also purchased business cards and other promotional items. E.M. would purchase the products and sell them online. E.M. said she probably spent approximately $1,000 on products. E.M. said she stopped selling because she wasn't making any money. E.M. still has products she hasn't sold. Mattison did not ask her about income or expenses for the business. E.M. did not provide any receipts. E.M. did not provide the listed other expenses of $2,030 to Mattison.

9. Special Agent Moon reviewed the Form 8863, Education Credits with E.M.. E.M. stated she did not attend school or have any education expenses in 2015. Mattison asked if she attended any training for work. E.M. told him yes but it was paid for by her employer. E.M. did not provide the listed education expense of $1,200 to Mattison.

10. E.M. said she did not remember signing the tax return. Mattison told her she didn't need to sign it because he was filing it electronically. Mattison asked if E.M. wanted direct deposit, E.M. told him she owed the IRS approximately $1,500 for the prior year. Mattison told her the IRS would take the amount owed and $500 would be directly deposited into her account. E.M. received a refund of $500.

11. E.M. went back to Mattison's office the next day and took her prior year tax return. Mattison prepared a 2014 tax return and amended her 2013 tax return. E.M. had a file with all of the tax returns; she stated she would scan the returns and e-mail them to Special Agent Moon. E.M. said she paid Mattison $120 total for the 2014 and 2015. Mattison did not charge her for the amended tax return.

12. E.M. said she thought Mattison was a lawyer. He had brochures and information about Legal Shield in his office.

13. Special Agent Moon thanked E.M. for her time and left her business card. E.M. said she would scan and e-mail Special Agent Moon her 2013 and 2014 tax returns and the amended tax return for 2013.

MOI_00000120

I prepared this memorandum on September 30, 2016, after refreshing my memory from notes made during and immediately after the interview with E.M.

Arleta Moon
Special Agent

Lu Pacheco
Investigative Analyst

U.S. Treasury Criminal Investigation

MOI_00000121