

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | **Park Meadows Mall** |
| **Investigation Name:** | Hieu Mattison | | 8104 Park Meadows Center Dr. |
| **Date:** | October 18, 2016 | | Lone Tree CO |
| **Time:** | 10:50 a.m. – 11:30 a.m. | | |
| **Participant(s):** | T.N., Witness Arleta Moon, Special Agent Shawn Birch, Special Agent | | |

On the above date and time, Special Agent Moon and Special Agent Birch met with T.N. at Park Meadows Mall food court in Lone Tree, CO. Special Agents Moon and Birch introduced themselves and displayed their credentials for inspection. Special Agent Moon advised T.N. that they would like to ask him some questions about the preparation of his 2015 income tax return. T.N. provided the following information in response to the agent's questions:

1. T.N.'s full name is T.N. His Social Security number is ▆▆▆▆ and his date of birth is ▆▆▆ 1966. T.N.'s cell phone number is ▆▆▆▆. T.N.'s wife's full name is Q.T.N.; they were married in October 1997. T.N. has one daughter H.N., she is 16 years old.

2. T.N.'s current address is ▆▆▆▆, Littleton, CO 80127.

3. T.N. has bachelor degree in Computer Science and Q.T.N. has a bachelor degree in Accounting. T.N. is a software engineer for Comcast and QT.N. is an accountant for Metro State College.

4. T.N. was shown a copy of his electronically filed 2015 income tax return. He verified that it was his tax return and that it was prepared by Mattison.

5. On April 17, 2016, T.N. went to Total Images Financial Inc. in Lakewood, CO for the preparation of his 2015 income tax return. T.N. heard about Hieu Mattison (Mattison) from his older brother. T.N. has been going to Mattison for two or three years. T.N. had an appointment with Mattison; he gave Mattison his Forms W-2, vehicle registrations, mortgage statement, interest statements from his bank and receipts for contributions. Mattison prepared T.N. tax return while he waited. Mattison reviewed the tax return with him. T.N. paid Mattison $80 for the preparation of his tax return and received a copy.

6. T.N. was shown a copy of the Schedule A, Itemized Deductions line 23 other expenses. T.N. did not know what the $8,500 other expenses on Schedule A was for. T.N. told Mattison that he was looking for investment property. T.N. said he would have had some expenses for his gas and time spent looking for property. T.N. said they did not discuss a specific amount and he does not think he spent that much looking for properties. T.N. could not give the Agents an estimate on the amount spent. T.N. did not provide the listed other expense amount of $8,500 to Mattison.

7. T.N. was shown a copy of the Schedule C, Profit or Loss from Business. T.N. does not own a real estate business. T.N. told Mattison he was interested in investing in real estate but does not have a business. T.N. did not have any investment property in 2015. T.N. did not have $4,500 in business expenses and did not provide that amount to Mattison.

8. T.N. was shown a copy of the Schedule E, Supplemental Income and Loss. Total Images Financial Inc. is listed as an S Corporation. T.N. said Total Images Financial Inc. is Mattison's business. T.N. is not an owner in the corporation. T.N. did not invest in the company or lose any money. T.N. said Mattison did not discuss the $7,500 loss and he does not know what it was for. T.N. did not provide the $7,500 passive loss amount to Mattison.

9. When asked about Other Income on Line 21 of his tax return, T.N. said he did not have a NOL stocks (net operating loss from stocks) of $5,500. T.N. said when he sold stock he made a profit. T.N. did not have prior year losses from the sale of stock. T.N. did not provide the -$5,500 NOL stocks amount to Mattison.

10. T.N. said he received a check for his state refund for $715 and a check for over $1,000 for his federal refund. T.N. said it took a few months to receive his refund. T.N. contacted Mattison by phone to check on the status of his refund. Mattison told him the codes were not matching with the IRS codes and he would have to refile the tax return.

11. Special Agent Moon reviewed T.N.'s copy of his 2015 tax return. T.N.'s copy shows a refund of $36, the IRS copy shows a refund of $1,637. The difference appeared to be a credit for excess social security tax withhold. Special Agent Moon told T.N. she would like to get a copy of his tax return.

12. The Agents thanked T.N. for his time and Special Agent Moon gave T.N. her business card. T.N. followed the Agents to a Federal Express office to make a copy of his 2015 tax return (Attachment A).

   I prepared this memorandum on October 19, 2016, after refreshing my memory from notes made during and immediately after the interview with T.N.

*[signature]*
Arleta Moon
Special Agent

*[signature]*
Shawn Birch
Special Agent