

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | |
|---|---|
| **Investigation #:** | 100246131 |
| **Investigation Name:** | Hieu Mattison |
| **Date:** | 09/14/2016 |
| **Time:** | 2:10PM |
| **Participant(s):** | H.O., Witness |
| | Arleta Moon, Special Agent |
| | Lu Pacheco, Investigative Analyst |
| **Location:** | Denver, CO 80219 |

On the above date and time, Special Agent Moon and Investigative Analyst Pacheco met with H.O. at his residence. Special Agent Moon and Investigative Analyst Pacheco introduced themselves and displayed their credentials for inspection. Investigative Analyst Pacheco translated, H.O. only spoke Spanish. Special Agent Moon advised H.O. that they would like to ask him some questions about the preparation of his 2015 income tax return. H.O. provided the following information in response to the agent's questions:

1. H.O.'s full name is H.O. His Social Security number is ▮▮▮▮ and his date of birth is ▮▮▮▮ 1970. H.O.'s phone number is ▮▮▮▮.

2. H.O.'s current address is ▮▮▮▮ Denver, CO 80219.

3. H.O. is single; he has no dependents. H.O. is a US Resident. H.O.'s highest level of education is elementary school. H.O. was employed with Denver Mattress in 2015 through 2016; he resigned last Friday (09/09/2016). H.O. is currently employed cleaning buildings and businesses.

4. H.O. originally stated that in February 2016 his brother, C.G.B. took H.O.'s Form W-2 to MATTISON'S office because he couldn't take leave from work. H.O. later corrected his statement; he recalled making an appointment and taking his Form W-2s and documents to MATTISON on a Sunday.

5. H.O. stated an Asian male prepared his 2015 tax return. H.O. could not remember his name. Special Agent Moon showed H.O. a photo of MATTISON; he identified MATTISON as the individual who prepared his tax returns. MATTISON has prepared H.O.'s tax returns since 2013. H.O. heard about MATTISON through his cousin.

6. H.O. stated that MATTISON speaks minimal Spanish. MATTISON had a female translator in the office while he was preparing H.O.'s 2015 tax return. The translator appeared to be Hispanic; she was approximately 5'4 and 40 years of age with long brown hair. The female only translated, she did not prepare his 2015 tax return.

7. MATTISON asked H.O. if he had dependents. H.O. told MATTISON "no", but said he was involved in an organization that helps disabled individuals and children in Mexico with school supplies, wheel chairs, walking equipment and food. MATTISON did the follow up or ask for documents or receipts.

8. MATTISON asked H.O. if he had provided support for anyone else. H.O. said "yes", he helps his brother, C.G.B.. H.O. explained that his brother was sick and unable to work for approximately one year, so H.O. helped him with money for his daughters (H.O.'s nieces). MATTISON asked if he had receipts for the support and H.O. told him "no". H.O. told him he gave them money when he could, sometimes he gave $100 and sometimes he gave $50. H.O. did not discuss how often or the total amount of support he provided. H.O. believes he gave less than $1,000 for the entire year. MATTISON claimed $4,681 in Earned Income Credit on line 66a.

9. Special Agent Moon reviewed the 2015 tax return Form 8863, Education Credits with H.O. H.O. stated he did not have any educational expenses. H.O. stated that he does not recall MATTISON asking him about education expenses. H.O. did not provide the listed education expense of $600 to MATTISON.

10. MATTISON asked H.O. if he wanted his 2015 tax refund direct deposited, H.O. provided MATTISON his bank account information. H.O. does not recall if MATTISON electronically filed his 2015 tax return. H.O. paid $65 for the preparation of his tax return; his receipt was dated 2/12/16.

11. H.O. stated MATTISON did not review the 2015 tax return with him; he just told him the amount of his federal and state refund.

12. Several months passed and H.O. had not received his refund. H.O.'s brother, C.G.B., called MATTISON to ask about the status of both his and H.O.'s 2015 tax refund. MATTISON informed C.B.G. that it takes a long time. H.O. received his refund in July 2016; tax refund was directly deposited into his bank account.

13. Special Agent Moon reviewed H.O.'s tax return file and his prior year tax returns. H.O.'s 2013 tax return lists a Schedule C construction business. H.O. stated he did not have a business and was not aware that was listed on his tax return; MATTISON never discussed this with him. H.O. stated he cannot read English, so he did know what was on the tax return.

14. H.O. stated that MATTISON prepares tax returns very quickly because he is extremely busy. MATTISON had a lot of people waiting. H.O. stated that while he was getting his 2015 tax return prepared, there appeared to be two other people preparing tax returns in two other offices.

Special Agent Moon thanked H.O. for his time and gave him her business card.

I prepared this memorandum on September 28, 2016, after refreshing my memory from notes made during and immediately after the interview with H.O.

Arleta Moon
Special Agent

Lu Pacheco
Investigative Analyst