

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | ▮▮▮▮▮▮▮ |
| **Investigation Name:** | Hieu Mattison | | Northglenn, CO 80233 |
| **Date:** | October 17, 2016 | | |
| **Time:** | 1:17 p.m. – 1:50 p.m. | | |
| **Participant(s):** | J.P., Witness | | |
| | Arleta Moon, Special Agent | | |
| | Shawn Birch, Special Agent | | |

On the above date and time, Special Agent Moon and Special Agent Birch met with J.P. at his home in Northglenn, CO. Special Agents Moon and Birch introduced themselves and displayed their credentials for inspection. Special Agent Moon advised J.P. that they would like to ask him some questions about the preparation of his 2015 income tax return. J.P. provided the following information in response to the agent's questions:

1. J.P.'s full name is J.P. His Social Security number is ▮▮▮▮▮▮▮▮▮ and his date of birth is ▮▮▮▮ 1978. Padilla's cell phone number is ▮▮▮▮▮▮▮▮

2. J.P.'s current address is ▮▮▮▮▮▮▮▮ Northglenn, CO 80233.

3. J.P. is married to S.P., they were married in 2006. J.P. has three children, J.P., D.P. and J.P.

4. J.P. said he filed separate because someone stole his identification. J.P. was in the process of buying a house in 2005 and found out someone had purchased a house using his identification. The bank foreclosed on the house. J.P. said he was in prison when someone stole his identification.

5. J.P.. has his GED and attended Denver Automotive and Dealer College. J.P. is a foreman for Asphalt Coating Company; he has worked there for three years.

6. On January 21, 2016, J.P. went to AAAE Financial Inc. in Lakewood, CO for the preparation of his 2015 income tax return. J.P. met with Hieu Mattison (Mattison); he gave Mattison his last paystub and told him he was married but wanted to file Married Filing Separate and claim his daughter. J.P. paid Mattison $65 for the tax preparation fee. Mattison told J.P. he would call him and let him know if the tax return was accepted. J.P. had been going to Mattison for three years, he found him on Craig's List.

MOI_00000152

7.  A few days after the meeting, J.P. realized he had not received his unemployment so he called Mattison and told him he would bring the information to him once he received it.  In February 2016, J.P. went back to Mattison and provided Mattison's wife a copy of his unemployment statement and his Identity Theft PIN number.

8.  J.P. said he called Mattison in March or April because he had not received his refund or any confirmation.  J.P. said he also called the IRS Identity Theft Hotline and IRS Taxpayer Advocate.  J.P. was told once his tax return had not been filed, another time he was told his tax return had been denied because the numbers did not match up.  J.P. called Mattison several times but could not get in contact with him.  In June 2016, J.P. went back to Mattison's office.  J.P. talked to Mattison's son D.M. who said he would take care of it.  In July 2016, J.P.'s refund was deposited into his wife's bank account.

9.  Special Agent Moon reviewed the 2015 Schedule C, Profit and Loss from Business with J.P..  J.P. said he did not own a construction business.  J.P. said Mattison asked if he had any business expenses.  J.P. told Mattison he purchased boots and clothes for work but they did not discuss the amount.  J.P. said he does not know what the $780 utilities expense and the $1,500 other expenses on the Schedule C is for.  J.P. did not provide Mattison the listed expenses on the Schedule C.  J.P. said he wants to start a business one day.  J.P. purchased a truck, tank, blower and a spray sealer.

10. The Agents thanked J.P. for his time and Special Agent Moon left her business card.

I prepared this memorandum on October 19, 2016, after refreshing my memory from notes made during and immediately after the interview with J.P.

Arleta Moon
Special Agent

Shawn Birch
Special Agent

U.S. Treasury Criminal Investigation

MOI_00000153