

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000246131 | **Location:** | **Firehouse Southern Style BBQ** |
| **Investigation Name:** | Hieu Mattison | | 12480 Black Forest Rd |
| **Date:** | October 18, 2016 | | Black Forest, CO 80908 |
| **Time:** | 2:50 p.m. – 3:20 p.m. | | |
| **Participant(s):** | M.P., Witness | | |
| | Arleta Moon, Special Agent | | |
| | Shawn Birch, Special Agent | | |

On the above date and time, Special Agent Moon and Special Agent Birch met with M.P. at a gas station/restaurant in Black Forest, CO. Special Agents Moon and Birch introduced themselves and displayed their credentials for inspection. M.P. only speaks Spanish; Special Agent Birch translated. Special Agent Moon advised M.P. that they would like to ask him some questions about the preparation of his 2015 income tax return. M.P. provided the following information in response to the agent's questions:

1. M.P.'s full legal name is M.P. His social security number is ▮▮▮▮▮▮▮▮▮ and his date of birth is ▮▮▮▮/72. M.P.'s phone number is ▮▮▮▮▮▮▮▮.

2. M.C.'s full legal name is M.C. M.C. has used the social security number ▮▮▮▮▮▮▮▮ since she was a young girl. M.C.'s date of birth is ▮▮▮▮/75. M.C.'s cell phone number is ▮▮▮▮▮▮▮▮.

3. M.P.'s current address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Colorado Springs, CO. M.P. and M.C. have three children.

4. M.P. has worked for Colorado Flatwork Inc. for 18 years; he does concrete prep and installation. M.C. does not work. M.C. is a US Citizen; M.P. is in the process of getting his citizenship. M.P. and M.C. only attended elementary school.

5. M.P. was shown a copy of his electronically filed 2015 income tax return. He verified that it was his tax return and that it was prepared by Hieu Mattison (Mattison).

6. M.P. has been going to Mattison for four years, Mattison was recommended by a friend.

7. In April 2016, M.P and M.C. had an appointment at Mattison's office in Lakewood, CO for the preparation of their 2015 income tax return. M.P. filled out a questionnaire. M.P. gave Mattison his Form W-2, social security cards and identification. Mattison took M.P. information to his office and prepared the tax return. When Mattison completed the tax return, he gave M.P. his information and had them sign some forms.

Mattison did not review the tax return with them; he just told them the refund amount. M.P. paid Mattison $75 cash for the preparation on his tax return.

8. M.P. was shown a copy of the Schedule C, Profit and Loss from Business -construction on their 2015 tax return. M.P. was listed as the proprietor. M.P. does not own a construction business. Mattison did not ask him any questions about a business. M.P. did not provide the listed $1,500 other expenses on the Schedule C to Mattison. M.P. only worked for Colorado Flatwork Inc. Mattison asked if he had any work expenses. M.P. told Mattison he had expenses for shoes and clothes. M.P. told Mattison he spent between $500 and $1000 per year.

9. M.P. was shown a copy of the Schedule C, Profit and Loss from Business – LegalShield. M.C. was listed as the proprietor. M.C. did not own a business or work for Legalshield. M.P. said Mattison gave them a Legalshield business card and talked to them about it but she never worked for them. M.P. did not provide the listed $2,500 other expenses on the Schedule C to Mattison.

10. M.P. was shown a copy of the Form 8863, Education Credits. M.C. was listed as the student. M.C. did not have education expenses in 2015. She never paid or attended any training at Legalshield. Neither M.C. nor M.P. provided the listed $1,500 education expense to Mattison.

11. Approximately two months ago M.P. went to Mattison's office to check on the status of his refund. Mattison's secretary told him there was a delay and his refund would be deposited in his bank account. M.P. said he just received his federal refund about a month and a half ago. M.P. has not received his state refund.

12. M.P. said he goes to Lakewood, CO to have Mattison prepare his tax returns because his prices are reasonable. The first two years he paid $50 and the last two years he paid $75.

13. The Agents thanked M.P. for his time and Special Agent Moon gave M.P. her business card.

    I prepared this memorandum on October 20, 2016, after refreshing my memory from notes made during and immediately after the interview with M.P.

Arleta Moon
Special Agent

Shawn Birch
Special Agent