

# DEPARTMENT OF THE TREASURYR
## Internal Revenue Service
### Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | **Wells Fargo Building Lobby** |
| **Investigation Name:** | Hieu Mattison | | 1700 Broadway |
| **Date:** | October 4, 2016 | | Denver, CO 80202 |
| **Time:** | 2:00 p.m. | | |
| **Participant(s):** | C.P., Witness | | |
| | Arleta Moon, Special Agent | | |

On the above date and time, Special Agent Moon met with C.P. in Wells Fargo Building Lobby. Special Agent Moon introduced herself as a Special Agent with IRS Criminal Investigation and displayed her credentials for her inspection. Special Agent Moon advised C.P. that she would like to ask her some questions about the preparation of her 2015 income tax return. C.P. provided the following information in response to the agent's questions:

1. C.P.'s full name is C.P.  Her Social Security number is ▮▮▮▮ and her date of birth is ▮▮▮▮ 1969.  C.P.'s cell phone number is ▮▮▮▮.

2. C.P.'s current address is ▮▮▮▮ Denver, CO 80239.

3. C.P. is single; she had been divorced for approximately 13 years.  C.P. has one daughter, A.P., 17.  A.P.'s father claimed her as a dependent in 2015. C.P. studied Computer Science for three years at Central State University in Oklahoma. C.P. works in Financial Services at TIAA (Teachers Insurance).

4. On May 20, 2016, C.P. went to AAAE Financial Inc. in Lakewood, CO for the preparation of her 2015 income tax return.  C.P. said she had an appointment with Hieu Mattison (Mattison) to prepare her tax return.  C.P. has been going to Mattison for five years. C.P.'s sister told her about Mattison.  When C.P. arrived at Mattison's office she texted him and told him she was there.  He texted her back and told her he was at a graduation and she could leave her information with the receptionist.  C.P. said Mattison's son offered to prepare the return but she told him Mattison told her to leave her information. C.P. left her Form W-2, mortgage interest statement and church contribution information.

5. Later that day, Mattison texted C.P. and told her the return was rejected because of her dependent was already claimed.  C.P. told Mattison that her daughter's dad was claiming her.  Mattison said he would refile the tax return.  A few days later, C.P. when to Mattison's office to pick up her documents and a copy of her tax returns.  The receptionist

    gave C.P. a folder with her information. C.P. paid $55 by check for the preparation of her tax return.

6. On May 31, 2016, C.P. when to the IRS website to check on the status of her refund. The IRS website indicted that no return had been filed. C.P. contacted Mattison by text several times. Mattison told her he needed to resend them. C.P. kept checking the IRS website and texted Mattison several more times checking on the status of her tax return. On July 13, 2016, Mattison texted her saying it was completed and sent. He texted that the tax return was e-filed and the refund would be a direct deposit.

7. On July 18, 2016, Mattison texted C.P. and said the return was rejected because of the dependent. C.P. told Mattison again that her daughter's father was claiming her. Mattison texted her and said he resend the tax return and would e-mail her the corrected tax return. C.P. received her refund in late July, 2016.

8. C.P. texted Mattison several times about e-mailing her a copy of the tax return. C.P. needed a copy for her daughter student loans papers. C.P. finally received a copy of the tax return on August 12, 2016.

9. Special Agent Moon reviewed the 2015 tax return Form 8863, Education Credits with C.P.. C.P. stated she did not attend school or have any education expenses in 2015. C.P. said she took some classes at her church but they were paid for by the church. The educational institution listed on the Form 8863 – Education Credits is C.P.'s church, Gods Will Christian Fellowship. C.P. said she never told Mattison that she had any educational expenses.

10. Special Agent Moon thanked C.P. for her time and gave her a business card.

    I prepared this memorandum on October 4, 2016, after refreshing my memory from notes made during and immediately after the interview with C.P.

Arleta Moon
Special Agent