

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | ▮▮▮▮▮ |
| **Investigation Name:** | Hieu Mattison | | Aurora, CO 80211 |
| **Date:** | September 16, 2016 | | |
| **Time:** | 6:50 p.m. | | |
| **Participant(s):** | F.R., Witness | | |
| | L.C., Witness Wife | | |
| | Arleta Moon, Special Agent | | |
| | Lu Pacheco, Investigative Analyst | | |

On the above date and time, Special Agent Moon and Investigative Analyst Pacheco went to F.R. residence in Aurora, CO for a scheduled interview. When the Agents arrived, F.R.'s wife, L.C. said F.R. was not home. Investigative Analyst Pacheco contacted F.R. by phone, F.R. spoke very little English. F.R. said he was still at work and wasn't sure what time he would be off. F.R. said the Agents could talk to his wife, he said they went together to get their taxes prepared. Special Agent Moon and Investigative Analyst Pacheco introduced themselves to L.C. and displayed their credentials for inspection. L.C. did not speak English, Investigative Analyst Pacheco translated. Special Agent Moon advised L.C. that they would like to ask her some questions about the preparation of their 2015 income tax return. L.C. provided the following information in response to the agent's questions:

1. F.R.'s full name is F.R.. His Social Security number is ▮▮▮▮▮ and his date of birth is ▮▮▮90. F.R.'s phone number is ▮▮▮▮▮. L.C.'s Security number is ▮▮▮▮▮ her date of birth is ▮▮▮83.

2. F.R. and L.C.'s current address is ▮▮▮▮▮, Aurora, CO 80011.

3. L.C. is F.R.'s common law wife. L.C. has one daughter that lives with them and F.R. has one son. F.R. also supports two sisters and one brother. F.R. completed elementary.

4. This is the first year F.R. and L.C. went to AAAE Financial Inc. to have their income tax return prepared. F.R. heard about Hieu Mattison (Mattison) from a co-worker who had his tax return prepared by Mattison.

5. On June 15, 2016, F.R. and L.C. went to Mattison's office for the preparation of their 2015 income tax return. They filled out a questionnaire and waited to be called. F.R. and L.C. met with Mattison. F.R. gave Mattison his Form W-2. L.C. said she did not work. L.C. said they also provided information on their dependents, birth certificates,

social security cards and ITINs. L.C. stated an Asian lady made copies of their information.

6. Mattison prepared their tax return. Mattison did not review the tax return with them; he just told them the refund amount. L.C. received a copy of the tax return. L.C. showed the agent's her copy of the 2015 tax return. L.C.'s copy had her and F.R. filing Married Filing Joint. L.C.'s stated her Social Security Number was listed wrong on the tax return. L.C. said they normally file a joint tax return but Mattison told them to file separate tax returns since her Social Security Number was wrong. L.C. said they paid $300 cash for the preparation of their tax return. F.R. received a refund check in the mail.

7. L.C. was asked about the Schedule C, profit or loss from business for F.R.. L.C. did not believe F.R. owned his own construction business. L.C. said he worked for a construction company.

8. Special Agent Moon thanked L.C. for her time and left her business card. L.C. said she would look for her receipt and F.R.'s Form W-2 or Form 1099. Special Agent Moon took L.C.'s 2015 tax return to make a copy (Attachment A). Special Agent Moon returned her tax return on September 19, 2016.

   I prepared this memorandum, after refreshing my memory from notes made during and immediately after the interview with L.C.

Arleta Moon
Special Agent

Lu Pacheco
Investigative Analyst