

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
<u>Criminal Investigation</u>

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | Residence of F.R. |
| **Investigation Name:** | Hieu Mattison | | ▮▮▮▮▮▮▮▮▮▮ |
| **Date:** | October 17, 2016 | | Aurora, CO 80011 |
| **Time:** | 8:05 p.m. – 9:00 p.m. | | |
| **Participant(s):** | F.R., Witness | | |
| | L.C., Witness | | |
| | Arleta Moon, Special Agent | | |
| | Shawn Birch, Special Agent | | |

On the above date and time, Special Agent Moon and Special Agent Birch met with F.R. at his residence in Aurora, CO. Special Agents Moon and Birch introduced themselves and displayed their credentials for inspection. F.R. speaks Spanish and very little English; Special Agent Birch translated. Special Agent Moon advised F.R. that they would like to ask him some questions about the preparation of his 2015 income tax return. Special Agent Moon and Investigative Analyst Pacheco had interviewed his common law wife, L.C. last month but had additional questions for him. F.R. provided the following information in response to the agent's questions:

1. F.R. was shown a copy of his electronically filed 2015 income tax return. He verified that it was his tax return and that it was prepared by Hieu Mattison (Mattison). F.R.'s copy shows his filing status as Married filing jointly, the IRS copy shows Head of household. F.R. said he and L.C. were not legally married but they live together and have two children.

2. F.R. said Mattison told him to bring in his prior year tax returns. In addition to preparing his 2015 tax return, Mattison prepared his 2012 tax return and amended tax returns for 2013 and 2014.

3. In April 2016, F.R. went to Mattison's office in Lakewood, CO for the preparation of his 2015 income tax return. F.R. had an appointment at 7:00 p.m. but didn't finish until 11:00 p.m. This was the first year F.R. went to Mattison's office. Someone give F.R. Mattison's business card at the flea market. F.R. filled out a questionnaire it included the names and social security numbers for him and his dependents. F.R. and L.C. both met with Mattison. F.R. gave Mattison his Form 1099 and their identification.

4. In 2013 and 2014 F.R. worked for Shamrock Plastering Drywall. M.G. was a foreman at Shamrock Plastering Drywall; he left and started his own company, DF Partition Drywall. In 2015, F.R. worked for DF Partition Drywall.

5. F.R. was shown a copy of the Schedule C, Profit and Loss from Business. F.R. does not own a construction business. Mattison did not ask him any questions about a business. F.R. only worked for DF Partition Drywall. F.R. gave Mattison his Form 1099 but did not get it back. F.R. believes he made $47,738, the amount listed as gross receipts on the Schedule C.

6. F.R. said he worked with his brother and brother-in-law. F.R. expenses included the purchase of a truck for $5,000 in 2015 and $2,000 to $3,000 in tools. F.R. said for 6 or 7 months in 2015 he and his brother paid someone to help them when his brother-in-law was unable to work. F.R. and his brother paid $300 each per week. Mattison did not ask him about expenses. F.R. did not provide the listed amounts for contract labor of $12,054, wages of $34,950 and other expenses of $714 on the Schedule C to Mattison.

7. When asked about the wages (line 7) which list HSH (Household wages). F.R. said he did not do any household work and did not have wages of $34,950. F.R. only worked for DF Partition Drywall. F.R. did not provide the listed HSH wages amount of $34,950 to Mattison.

8. Special Agent Moon reviewed the Schedule E, Supplemental Income and Loss with F.R.. The Schedule E lists an S Corporation in F.R.'s name. F.R. did not have an S Corporation or a partnership. F.R. did not provide the listed income amount of $500 to Mattison.

9. When asked about the dependents claimed on line 6c, F.R. said he claimed his two children and his two nieces and nephew. F.R.'s two children live with him. F.R. said he supported his nieces and nephew because his brother was not able to take care of them. F.R. said his nieces and nephew lived with his brother but he gave them $250 - $350 per week. F.R. provided the dependent information to Mattison.

10. F.R. said he received a refund of approximately $5,000 for his 2015 tax return; and $119 for his 2013 amended tax return. F.R. said he did not receive a refund for his 2012 return or the amended 2014 tax return.

11. F.R. paid Mattison a total of $320 for the preparation of his income tax returns. F.R. paid $79 for the 2015 tax return and $241 for the other tax returns.

12. The Agents thanked F.R. for his time and Special Agent Moon gave F.R. her business card.

I prepared this memorandum on October 19, 2016, after refreshing my memory from notes made during and immediately after the interview with F.R.

*[signature]*
Arleta Moon
Special Agent

*[signature]*
Shawn Birch
Special Agent