

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | **Primos Tire** |
| **Investigation Name:** | Hieu Mattison | | 4948 W Alameda Ave |
| **Date:** | September 23, 2016 | | Denver, CO 80219 |
| **Time:** | 2:30 p.m. | | |
| **Participant(s):** | K.R., Witness | | |
| | E.H., Witness | | |
| | Arleta Moon, Special Agent | | |
| | Lu Pacheco, Investigative Analyst | | |

On the above date and time, Special Agent Moon and Investigative Analyst, Pacheco met with K.R. and E.H. at their place of business, Primos Tire. Special Agent Moon and Investigative Analyst Pacheco introduced themselves and displayed their credentials for inspection. Special Agent Moon advised K.R. and E.H. that they would like to ask them some questions about the preparation of their 2015 income tax return. K.R. and E.H. provided the following information in response to the agent's questions:

1. K.R.'s full name is K.R.. His Social Security number is ▓▓▓▓▓▓ and his date of birth is ▓▓▓▓ 1981. K.R.'s phone number is date ▓▓▓▓▓▓▓▓. E.H.'s full name is E.H. and her of birth is 82. ▓▓▓▓

2. K.R.'s current address is ▓▓▓▓▓▓▓▓ Edgewater, CO 80215.

3. K.R. and E.H. have been married (common law) for over 10 years. K.R. and E.H. have one daughter S.R. her date of birth is ▓▓▓ 2000. K.R. completed some college; he studied criminal justice. E.H. completed the 11th grade. K.R. has owned his own tire business, Primos Tire since 2004.

4. When asked the about the Form W-2 which listed HSH (Household wages), K.R. and E.H. were not sure what that was for. Both K.R. and E.H. only worked at the tire business.

5. K.R. was not sure how his business income was reported. K.R. said he gives all his information to his preparer.

6. Several customers pulled up for tire repair, K.R. and E.H. had to stop answering questions to assist the customers. Special Agent Moon and Investigative Analyst Pacheco waited approximately 15 minutes. Special Agent Moon told K.R. she would call him later and reschedule the meeting.

I prepared this memorandum on September 27, 2016, after refreshing my memory from notes made during and immediately after the interview with K.R. and E.H..

Arleta Moon
Special Agent

Lu Pacheco
Investigative Analyst