

**DEPARTMENT OF THE TREASURYR**
**Internal Revenue Service**
**Criminal Investigation**

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000246131 | **Location:** | |
| **Investigation Name:** | Hieu Mattison | | Denver, CO 80235 |
| **Date:** | October 4, 2016 | | |
| **Time:** | 1:50 p.m. | | |
| **Participant(s):** | G.S., Witness Arleta Moon, Special Agent | | |

On the above date and time, Special Agent Moon met with G.S. at his residence. Special Agent Moon introduced herself as a Special Agent with IRS Criminal Investigation and displayed her credentials for his inspection. Special Agent Moon advised G.S. that she would like to ask him some questions about the preparation of his 2015 income tax return. G.S. provided the following information in response to the agent's questions:

1. G.S.'s full name is G.S.. His Social Security number is ▇▇▇ and his date of birth is ▇▇▇ 1970. G.S.'s cell phone number is ▇▇▇. G.S.'s wife name is D.S.. G.S. has been married since ▇▇▇ 1999.

2. G.S.'s current address is ▇▇▇, Denver, CO 80235.

3. G.S. has four children who live with him. G.S. went to College one year at Metro State. D.S. completed high school. G.S. is currently unemployed; in 2015 he worked for Western Union as a technician. D.S. works for Sierra Nursing Home.

4. In February 2016, G.S. and D.S. went to AAAE Financial Inc. in Lakewood, CO for the preparation of their 2015 income tax return. They met with Hieu Mattison (Mattison) to prepare their tax return. G.S. has been going to Mattison for five or six years. G.S.'s sister told him about Mattison. G.S. gave Mattison his Form W-2s, social security numbers for the children and information from KKS Fuels.

5. Special Agent Moon reviewed the Schedule C, Profit or Loss from Business with G.S.. G.S. worked for KKS fuels and a contractor from January until August 2015 recording gas prices. G.S. would drive to five gas stations and record their gas prices and send the information online to KKS. G.S. drove approximately 16 miles round trip each day. G.S. worked every day except Sunday and Holidays. G.S. said he was paid approximately $300 per month, depending on the number of days in the month.

6. G.S. computed his income by totaling up his work sheets each month. G.S. said the $2,568 income appears to be correct. G.S. said the only expenses he had was mileage. G.S. estimated the mileage was 460 per month and approximately 3,300 for the year. G.S. wrote the information on a piece of paper and gave it to Mattison. G.S. told Mattison that his car broke down twice and both times it cost approximately $1,000 to fix it. G.S. is not sure what was included in the other expenses. G.S. did not provide the listed other expenses amount of $4,500 to Mattison.

7. When asked about Other Income on Line 21 of his tax return, G.S. said he and his wife gambled a lot. G.S. gave Mattison four win/loss statements from two casinos for him and his wife. G.S. said the statements show more losses then wins. G.S. said he will look for the statements or request new statements from the casino to provide to Special Agent Moon. G.S. is not sure what the $7,000 NOL was that was claimed on the tax return, he thought it might be gambling losses. G.S. did not provide the listed NOL amount of $7,000 to G.S.

8. G.S.'s 2015 tax return was electronically filed and the refund was supposed to be directly deposited in his bank account. G.S. said it took several months for him to receive his refund. G.S. went online to check the status of his refund but no information was found (the return had not been filed). G.S. called and e-mailed Mattison several times. Several weeks later Mattison replied and told G.S. he would look into it. G.S. finally received his refund check in the mail in late July 2016.

9. Special Agent Moon thanked G.S. for his time and gave him a business card.

I prepared this memorandum on October 12, 2016, after refreshing my memory from notes made during and immediately after the interview with G.S..

*Arleta Moon*
Arleta Moon
Special Agent

On October 13, 2106, G.S. e-mailed Special Agent Moon copies of the Forms W-2G, Form 1099 Misc, casino activity reports and win/loss statements (Attachment A).

G.S. said his total income for the surveyor/contractor job (Schedule C) was $2,256. His route was 19.8 miles and he surveyed a total of 188 days for a total of 3,722 miles. G.S. provided the income and mileage information to Mattison.