

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | |
| **Investigation Name:** | Hieu Mattison | | Denver, CO 80230 |
| **Date:** | September 23, 2016 | | |
| **Time:** | 4:10 p.m. | | |
| **Participant(s):** | D.Y., Witness | | |
| | F.D., Witness Boyfriend | | |
| | Arleta Moon, Special Agent | | |
| | Lu Pacheco, Investigative Analyst | | |

On the above date and time, Special Agent Moon and Investigative Analyst, Pacheco met with D.Y. at her home. D.Y.'s boyfriend, F.D. was present. Special Agent Moon and Investigative Analyst Pacheco introduced themselves and displayed their credentials for inspection. Special Agent Moon advised D.Y. that they would like to ask her some questions about the preparation of her 2015 income tax return. D.Y. provided the following information in response to the agent's questions:

1. D.Y.'s full name is D.Y.. Her Social Security number is ▮▮▮ and her date of birth is ▮▮ 1958. D.Y.'s phone number is ▮▮▮.

2. D.Y.'s current address is ▮▮▮, Denver, CO 80230.

3. D.Y. is single. D.Y.'s only dependent is her boyfriend F.D. who doesn't work. D.Y. completed one year of college, she also attended Emily Griffith years ago. D.Y. has been a Certified Nurse Assistant for 20 to 25 years.

4. D.Y. stated Hieu Mattison prepared her 2015 income tax return. D.Y. heard about Mattison from her daughter, who had her tax return prepared by Mattison. D.Y. has been going to Mattison for 5 or 6 years.

5. On March 14, 2016, D.Y. went to Mattison's office for the preparation of her 2015 income tax return. D.Y. met with Mattison and gave him her Forms W-2 and Form 1099 R (retirement income) information.

6. D.Y. was shown a copy of the Form 8863, Education Credits on her 2015 tax return. The Form 8863 lists $1,000 education expense and "Legalshield" as the educational institution. D.Y. stated she did not go to school or have any education expenses in 2015. D.Y. stated she has been a member of Legal Shield for a long time but said she did not take any classes with Legal Shield in 2015. D.Y. did not discuss education expense with Mattison or provide him any information.

7. D.Y. paid $65 for the income tax preparation. D.Y. received a copy of her tax return. The tax return was electronically filed and the refund was supposed to be deposited into her bank account. D.Y. has not received her refund.

8. D.Y. is currently filing for bankruptcy and needs to provide a copy of her tax return. The Approximately two months ago, The Attorney General Office contacted D.Y.'s attorney and told him D.Y.'s 2015 tax return had not been filed. Both D.Y. and her attorney tried to contact Mattison about the filing of the tax return but he has not returned their phone calls. D.Y. said Mattison eventually filed the tax return. D.Y. has an appointment at the IRS office tomorrow (09/23/16) to verify her identity.

9. Special Agent Moon thanked D.Y. for her time and left her business card.

    I prepared this memorandum on September 27, 2016, after refreshing my memory from notes made during and immediately after the interview with D.Y..

Arleta Moon
Special Agent

Lu Pacheco
Investigative Analyst