**Attachment 18**

## SUMMARY OF CRIMINAL TAX LOSS

| NAME OF TAXPAYER | YEAR | TAXABLE INCOME PER RETURN | TOTAL ADJUSTMENTS | CORRECTED TAXABLE INCOME | CORRECTED TOTAL TAX | TOTAL TAX PER RETURN | ADDITIONAL TAX FOR CRIMINAL PURPOSES |
|---|---|---|---|---|---|---|---|
| C.C. | 2015 | $ 17,392.00 | $ 20,690.00 | $ 38,082.00 | $ 5,313.00 | 1,949.00 | 5,876.00 |
| M.D. | 2015 | 12,541.00 | | $ 12,541.00 | $ 1,417.00 | 0.00 | 2,417.00 |
| R.E. & L.E. | 2015 | 13,760.00 | $ 9,200.00 | $ 22,960.00 | $ 2,524.00 | 316.00 | 2,956.00 |
| L.G.2 | 2015 | 0.00 | | $ 8,750.00 | $ - | 134.00 | 7,734.00 |
| E.M. | 2015 | 31,148.00 | $ 2,030.00 | $ 33,178.00 | $ 4,319.00 | 3,158.00 | 1,641.00 |
| T.N. & Q.N. | 2015 | 158,368.00 | $ 21,913.00 | $ 180,281.00 | $ 37,530.00 | 31,089.00 | 6,462.00 |
| H.O. | 2015 | 8,992.00 | $ 2,950.00 | $ 11,942.00 | $ 1,328.00 | 538.00 | 5,711.00 |
| J.P. | 2015 | 15,985.00 | $ 2,280.00 | $ 18,265.00 | $ 2,084.00 | 739.00 | 1,653.00 |
| M.P. & M.C. | 2015 | 11,586.00 | $ 4,000.00 | $ 15,586.00 | $ 1,558.00 | 0.00 | 1,900.00 |
| C.P. | 2015 | 36,182.00 | | $ 36,182.00 | $ 4,769.00 | 3,494.00 | 2,125.00 |
| F.R. | 2015 | 2,220.00 | $ (1,989.00) | $ 211.00 | $ 5,087.00 | 0.00 | 7,943.00 |
| K.R. & E.H. | 2015 | 0.00 | $ 23,400.00 | $ 23,400.00 | $ 1,591.00 | 1,095.00 | 4,884.00 |
| G.S. & D.S. | 2015 | 8,731.00 | $ 9,360.00 | $ 18,091.00 | $ 1,808.00 | 0.00 | 935.00 |
| D.Y. | 2015 | 44,785.00 | | $ 44,785.00 | $ 5,710.00 | 6,310.00 | 1,000.00 |
| | | | | | | | 53,237.00 |

**Total Criminal Tax Loss**                                                                 $        -