IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00044-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**HIEU C. MATTISON**,

    Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

    Hieu C. Mattison ("Mr. Mattison"), by and through undersigned counsel, David E. Johnson, hereby files this unopposed motion to continue the sentencing hearing currently scheduled for December 5, 2016, at 9:00 a.m., and in support thereof states as follows:

    1.    Sentencing in this matter is scheduled for December 5, 2016, at 9:00 a.m.

    2.    On October 31, 2016, the government produced approximately 600 pages of additional discovery.  Within this discovery are the interviews of 17 new witnesses who were not identified in the original discovery.  Within those interviews, are various corresponding tax returns.  It appears that the government has attached to its sentencing statement an additional loss calculation that is associated with these new witnesses and tax returns.

3.	Additionally, counsel had a family emergency arise on Sunday, November 13, 2016, necessitating immediate plans to travel out of state.  Counsel expects to be out of state through Monday, November 21, 2016.

4.	Due to the protective order entered in this case, Mr. Mattison is required to review this new discovery at counsel's office.  A meeting was scheduled for this to occur; however, because of counsel's family emergency, that meeting will be rescheduled to a later date.

4.	Because of the time that will be necessary to adequately review the significant amount of new discovery and to discuss those documents with Mr. Mattison coupled with the unforeseeable circumstances involving counsel's family emergency, counsel respectfully requests a continuance of the December 5, 2016, sentencing hearing.

5.	Undersigned counsel has conferred with Assistant United States Attorney Martha Paluch, and she has no opposition to this motion.

WHEREFORE, Mr. Mattison requests that the sentencing hearing scheduled on December 5, 2016, at 9:00 a.m. be vacated and rescheduled to a future date and time to be determined by the parties.

.	Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

>/s/ David E. Johnson
> David E. Johnson
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> E-mail:  David_Johnson@fd.org
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch
Assistant U.S. Attorney
Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Hieu C. Mattison *(via U.S. Mail)*

>/s/ David E. Johnson
> David E. Johnson
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> E-mail:  David_Johnson@fd.org
> Attorney for Defendant