IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00044-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HIEU C. MATTISON,

    Defendant.

_____

## RESPONSE AND CORRECTIONS TO THE PRESENTENCE REPORT
_____

Defendant, Hieu C. Mattison ("Mr. Mattison"), by and through undersigned counsel, David E. Johnson, hereby files the below Response and Corrections to the Presentence Report (Doc. No. 25) ("PSR"):

<u>Page 2</u>: Mr. Mattison does not know why NCIC records would reflect the spelling "Hiea" for his first name. He has never spelled his first name that way.

<u>Paragraph 42</u>: The orphanage Sister Anicet ran was in Can Tho, Southern Vietnam (not Tan Tho).

<u>Paragraph 46</u>: Mr. Mattison's child's name should be spelled "Nikayla" (Nikyla").

<u>Paragraph 50</u>: In addition to the high blood pressure, Mr. Mattison has three additional physical infirmities of note. First, he has high blood sugar, which needs to be monitored. He is considered pre-diabetic. To control this condition, he requires regular, consistent meals, with lots of water, fruits and vegetables. Second, he experiences episodes of fatigue. He believes low testosterone may be an issue for him. And third, he

has gum disease.  He is in the process of consulting with a dentist to possibly have his teeth replaced with dentures.

Paragraph 57:  Mr. Mattison clarifies that he believes his last drug/cigarette use occurred in February 1984 (not 1982).  He recalls it was soon after he started college.

Paragraph 66:  As it relates to his employment with the Federal Department of Energy (DOE), Mr. Mattison clarifies that he worked for a company that contracted with DOE.  He recalls the name of one company was MK Furgeson, but there may have been others.  He worked as a subcontractor, teaching nuclear physics and certifying people to work on radiological and contaminated sites.

Paragraph 70:  Mr. Mattison believes the 1099 Form referenced in PSR paragraph 70 was from Legal Shield.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       */s/ David E. Johnson*
       David E. Johnson
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       David_Johnson@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, I electronically filed the foregoing ***Response and Corrections to the Presentence Report*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Ann Paluch, Assistant U.S. Attorney
Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Hieu C. Mattison *(via U.S. Mail)*

/s/ David E. Johnson
David E. Johnson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_Johnson@fd.org
Attorney for Defendant