# Attachment 1

# AAAE
## FINANCIAL INC

TOTAL IMAGES
FINANCIAL INC

## PERSONAL INFORMATION

Date 3-29-16

Time in 8:25

Are you new to our office? ☐ Yes ☐ No
Do you have medical insurance? ☐ Yes ☐ No

Name _____
SSN _____
Birthday _____
Current Address _____

Taxpayer Occupation Textile Sales Rep
☒ Telephone # _____
☐ E-mail _____
Please che_____
~~contact you.~~

Spouse name _____
Spouse SSN _____
Birthday _____
Current Address _____

Spouse Occupation _____
☐ Telephone # _____
☐ E-mail _____
Please check the best way to contact you.

## FILING STATUS:

Single ☒   Married filing jointly _____   Married filing separately _____   Head of household _____   qualifying widow(er)

## DEPENDENTS:

| Name (s) | Last name | SSN | Birthday | Relationship |
|----------|-----------|-----|----------|--------------|
|          |           |     |          |              |
|          |           |     |          |              |
|          |           |     |          |              |
|          |           |     |          |              |

## INCOME

W-2 ☒
1099 _____
Cash income _____
Last pay stub _____
Interest income _____
Dividends _____
Employment _____
IRA Distributions _____
Unemployment _____
Social Security benefits ( T ) _____
Gambling ( T ) _____

(Spouse) _____
(Spouse) _____
(Spouse) _____
(Spouse) _____
(Spouse) _____
(Spouse ) _____
(Spouse ) _____
(Spouse ) _____
(Spouse ) _____
( Spouse ) _____
( Spouse ) _____

Are you interested in some information regarding Identity Theft and Legal Protection?  ☐ Yes ☒ No





TOTAL IMAGES
FINANCIAL INC

7500 W Mississippi Ave. Suite A- 190
Lakewood, CO 80226
303-934-4533 – office
720-275-8396 - cell

# Confirmation Signature

By signing below, I confirm the information filed is
Correct and authorized for tax year(s) 2015

_____     3/16/16
Applicant signature                              Date


_____     _____
Spouse's signature                               Date


Thank you for the opportunity to serve you with all your tax preparation needs.
AAAE Financial and Total Images Financial looks forward to serving you in the future.
Please call me with any concerns. 303-934-4533


## For office use only

Paid $_____
Paid by Cash_____ Check _____ Check #_____ Credit Card_____
Payment received by _____



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | **1721 W Chaffee PL** |
| **Investigation Name:** | Hieu Mattison | | Denver, CO 80211 |
| **Date:** | September 29, 2016 | | |
| **Time:** | 12:35 p.m. | | |
| **Participant(s):** | L█████ E█████, Witness | | |
| | R███ E█████, Witness | | |
| | Arleta Moon, Special Agent | | |
| | Lu Pacheco, Investigative Analyst | | |

On the above date and time, Special Agent Moon and Investigative Analyst Pacheco met with L███ E██████ (E███████) at her home in Denver, CO. E████████ said her husband, R███ E████████ was in bed, he just had surgery. Special Agent Moon and Investigative Analyst Pacheco introduced themselves and displayed their credentials for inspection. Special Agent Moon advised E███████ that they would like to ask her some questions about the preparation of her 2015 income tax return. R███ E██████ joined the interview later. E███████ provided the following information in response to the agent's questions:

1. E███████s full name is L████████ E████████. Her Social Security number is █████████ and her date of birth is █████████. E███████s home phone number is ████████ R███ E██████s Social Security number is █████████, his date of birth is

2. E███████s current address is ████████████████████████

3. E███████ has been married for almost 46 years; they do not have any dependents. E███████ completed two years of college, she studied accounting. R███ E████████ completed High School. Both E██████ and her husband are retired.

4. E███████ stated they went to AAAE Financial Inc. to have their 2015 income tax return prepared. Hieu Mattison (Mattison) prepared the income tax return. This was their first year going to Mattison, their preparer for the past 30 years died. R███ E██████ heard about Mattison from a former co-worker who had his tax return prepared by Mattison.

5. In April 2016, before the tax due date, E███████ and her husband went to Mattison's office for the preparation of their 2015 income tax return. They met with Mattison and gave him their Forms 1099 R (retirement income), Social Security forms, Health Insurance forms, property tax information, contributions, interest for the house and trailer. E███████ also provided Mattison with three or four of their prior year tax returns and told Mattison nothing had changed. Mattison told E███████ he was busy and would not have time to review it until April 19th so he would have to file an extension.

U.S. Treasury Criminal Investigation





TOTAL IMAGES FINANCIAL INC

7500 W Mississippi Ave, Suite A- 190
Lakewood, CO 80226
303-934-4533 – office
720-275-8396 - cell

# Confirmation Signature

By signing below, I confirm the information filed is
Correct and authorized for tax year(s)  2014  2013  2015

_____

Applicant signature

_____  6 | 7 | 2016
Date

_____    _____

Spouse's signature                          Date

Thank you for the opportunity to serve you with all your tax preparation needs.
AAAE Financial and Total Images Financial looks forward to serving you in the future.
Please call me with any concerns.  303-934-4533

---

## For office use only

Paid $ _____

Paid by Cash_____ Check _____ Check # _____ Credit Card _____

Payment received by _____



# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | **Park Meadows Mall** |
| **Investigation Name:** | Hieu Mattison | | 8104 Park Meadows Center Dr. |
| **Date:** | October 18, 2016 | | Lone Tree CO |
| **Time:** | 10:50 a.m. – 11:30 a.m. | | |
| **Participant(s):** | T████ N██████, Witness | | |
| | Arleta Moon, Special Agent | | |
| | Shawn Birch, Special Agent | | |

On the above date and time, Special Agent Moon and Special Agent Birch met with T███ N█████ (N████) at Park Meadows Mall food court in Lone Tree, CO. Special Agents Moon and Birch introduced themselves and displayed their credentials for inspection. Special Agent Moon advised N█████ that they would like to ask him some questions about the preparation of his 2015 income tax return. N█████ provided the following information in response to the agent's questions:

1. N██████'s full name is T███████ N██████. His Social Security number is ███████████ and his date of birth is ███████████. N████████'s cell phone number is ████████████. N█████'s wife's full name is Q██████████ N█████ (Q███); they were married in October 1997. N█████ has one daughter H██████ N██████, she is 16 years old.

2. N█████'s current address is ███████████████████████████████.

3. N█████ has bachelor degree in Computer Science and Q████ has a bachelor degree in Accounting. N████████ is a software engineer for Comcast and Q█████ is an accountant for Metro State College.

4. N████████ was shown a copy of his electronically filed 2015 income tax return. He verified that it was his tax return and that it was prepared by Mattison.

5. On April 17, 2016, N█████ went to Total Images Financial Inc. in Lakewood, CO for the preparation of his 2015 income tax return. N█████ heard about Hieu Mattison (Mattison) from his older brother. N█████ has been going to Mattison for two or three years. N█████ had an appointment with Mattison; he gave Mattison his Forms W-2, vehicle registrations, mortgage statement, interest statements from his bank and receipts for contributions. Mattison prepared N█████ tax return while he waited. Mattison reviewed the tax return with him. N█████ paid Mattison $80 for the preparation of his tax return and received a copy.

U.S. Treasury Criminal Investigation



**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 100246131 | **Location:** | 135 S. Eliot St |
| **Investigation Name:** | Hieu Mattison | | Denver, CO 80219 |
| **Date:** | 09/14/2016 | | |
| **Time:** | 2:10PM | | |
| **Participant(s):** | H██████O████, Witness | | |
| | Arleta Moon, Special Agent | | |
| | Lu Pacheco, Investigative Analyst | | |

On the above date and time, Special Agent Moon and Investigative Analyst Pacheco met with H███O████ (O████) at his residence. Special Agent Moon and Investigative Analyst Pacheco introduced themselves and displayed their credentials for inspection. Investigative Analyst Pacheco translated, O████ only spoke Spanish. Special Agent Moon advised O████ that they would like to ask him some questions about the preparation of his 2015 income tax return. O████ provided the following information in response to the agent's questions:

1. O████'s full name is H█████████O████. His Social Security number is █████ and his date of birth is ███████. O████'s phone number is █████████.

2. O████'s current address is ████████████████.

3. O████ is single; he has no dependents. O███ is a US Resident. O████'s highest level of education is elementary school. O████ was employed with Denver Mattress in 2015 through 2016; he resigned last Friday (09/09/2016). O████ is currently employed cleaning buildings and businesses.

4. O████ originally stated that in February 2016 his brother, C███ G████ B██████ (B██████) took O████'s Form W-2 to MATTISON'S office because he couldn't take leave from work. O████ later corrected his statement; he recalled making an appointment and taking his Form W-2s and documents to MATTISON on a Sunday.

5. O████ stated an Asian male prepared his 2015 tax return. O████ could not remember his name. Special Agent Moon showed O████ a photo of MATTISON; he identified MATTISON as the individual who prepared his tax returns. MATTISON has prepared O████'s tax returns since 2013. O████ heard about MATTISON through his cousin.

6. O████ stated that MATTISON speaks minimal Spanish. MATTISON had a female translator in the office while he was preparing O████'s 2015 tax return. The translator appeared to be Hispanic; she was approximately 5'4 and 40 years of age with long brown hair. The female only translated, she did not prepare his 2015 tax return.




**AAAE** FINANCIAL INC.

TOTAL IMAGES FINANCIAL INC

7500 W Mississippi Ave, Suite A- 190
Lakewood, CO 80226
303-934-4533 – office
720-275-8396 - cell

# Confirmation Signature

**By signing below, I confirm the information filed is
Correct and authorized for tax year(s)** $\underline{2015}$

<br>

_____
Applicant signature

$\underline{1\text{-}15\text{-}16}$
Date

<br>

_____
Spouse's signature

_____
Date

<br>

Thank you for the opportunity to serve you with all your tax preparation needs.
AAAE Financial and Total Images Financial looks forward to serving you in the future.
Please call me with any concerns.  303-934-4533

---

## For office use only

Paid $ _____
Paid by Cash_____ Check _____ Check #_____ Credit Card_____
Payment received by _____

 

**AAAE**
**FINANCIAL INC**

TOTAL IMAGES
FINANCIAL INC

7500 W Mississippi Ave. Suite A- 190
Lakewood, CO 80226
303-934-4533 – office
720-275-8396 - cell

# Confirmation Signature

By signing below, I confirm the information filed is
Correct and authorized for tax year(s) _2015_

_____
Applicant signature

04 - 09 - 16
Date

_____
Spouse's signature

4/9/16
Date

Thank you for the opportunity to serve you with all your tax preparation needs.
AAAE Financial and Total Images Financial looks forward to serving you in the future.
Please call me with any concerns.  303-934-4533

## For office use only

Paid $_65_
Paid by Cash _✓_ Check _____ Check #_____ Credit Card_____
Payment received by _____





**AAAE FINANCIAL INC**

TOTAL IMAGES FINANCIAL INC

7500 W Mississippi Ave, Suite A-190
Lakewood, CO 80226
303-934-4533 – office
720-275-8396 - cell

# Confirmation Signature

By signing below, I confirm the information filed is
Correct and authorized for tax year(s)  15

Applicant signature

5/22/16
Date

Spouse's signature

Date

Thank you for the opportunity to serve you with all your tax preparation needs.
AAAE Financial and Total Images Financial looks forward to serving you in the future.
Please call me with any concerns.  303-934-4533

## For office use only

Paid $_____
Paid by Cash_____ Check _____ Check #_____ Credit Card_____
Payment received by _____





7500 W Mississippi Ave. Suite A- 190
Lakewood, CO 80226
303-934-4533 - office
720-275-8396 - cell

# Confirmación de la Firma

Al firmar este documento, Yo verifico y confirmo que la información presentada es correcta y autorizada para el Año Fiscal (es) _verdadera_

_____
Firma del Solicitante

4 - 12 - 16
_____
Fecha

_____
Firma del Cónyuge

4 - 12- 16
_____
Fecha

Gracias por darnos la oportunidad de servirle con la preparación de sus impuestos. AAAB Financial y Total Images Financial mira con impaciencia servirle en el Futuro. Por favor llamenos con cualquier preocupación o duda al:
303-934-4533

## Solo para uso de la oficina
## For office us only

Paid $ _____
Paid by Cash _____ Check _____ Check # _____ Credit Card _____
Payment received by _____

 

7500 W Mississippi Ave. Suite A- 190
Lakewood, CO 80226
303-934-4533 - office
720-275-8396 - cell

# Confirmation Signature

**By signing below, I confirm the information filed is
Correct and authorized for tax year(s)** _2015_

_____
Applicant signature

_2/15/16_
Date

_____
Spouse's signature

_2/15/16_
Date

Thank you for the opportunity to serve you with all your tax preparation needs.
AAAE Financial and Total Images Financial looks forward to serving you in the future.
Please call me with any concerns.  303-934-4533

```
┌─────────────────────────────────────────────────────────────┐
│                        For office use only                    │
│                                                               │
│  Paid $_____                                               │
│  Paid by Cash____   Check ____   Check #____   Credit Card____ │
│  Payment received by _____                     │
└─────────────────────────────────────────────────────────────┘
```





TOTAL IMAGES
FINANCIAL INC

AAAE
FINANCIAL INC

7500 W Mississippi Ave. Suite A- 190
Lakewood, CO 80226
303-934-4533 – office
720-275-8396 - cell

# Confirmation Signature

By signing below, I confirm the information filed is
Correct and authorized for tax year(s)  /5

_____

Applicant signature

3/14/16
Date

_____

Spouse's signature

_____

Date

Thank you for the opportunity to serve you with all your tax preparation needs.
AAAE Financial and Total Images Financial looks forward to serving you in the future.
Please call me with any concerns.  303-934-4533

## For office use only

Paid $_____
Paid by Cash____ Check _____ Check #____ Credit Card_____
Payment received by _____