IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00044-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**HIEU C. MATTISON**,

    Defendant.

_____

**UNOPPOSED MOTION TO VACATE AND RESCHEDULE
SENTENCING HEARING – COUNSEL ILL**
_____

    Hieu C. Mattison ("Mr. Mattison"), by and through VIRGINIA L. GRADY, Federal Public Defender, moves to vacate the sentencing hearing currently scheduled for March 14, 2017, at 10 a.m., and in support thereof states as follows:

    Mr. Johnson has fallen ill within the last 24 hours and expected to be out for a number of days. He is being treated by a physician. He is not medically cleared to work at this time.

    This is a complex tax prosecution with sentencing issues that cannot be covered by stand-in counsel. No other attorney in the office is familiar with the case or the defendant.

    Undersigned counsel has contacted Assistant United States Attorney Marty Paluch, who has no objection to this request. Should this motion be granted the parties request permission to contact chambers to secure a new date for the sentencing.

.                                        Respectfully submitted,

                                         VIRGINIA L. GRADY
                                         Federal Public Defender



                                         */s/ Virginia L. Grady*
                                         VIRGINIA L. GRADY
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         E-mail:  Virginia_Grady@fd.org
                                         Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on I electronically filed the foregoing ***UNOPPOSED MOTION TO VACATE AND RESCHEDULE SENTENCING HEARING – COUNSEL ILL*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Martha Ann Paluch
   Assistant U.S. Attorney
   Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Hieu C. Mattison *(via U.S. Mail)*

                                         */s/ Virginia L. Grady*
                                         VIRGINIA L. GRADY
                                         Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         E-mail:  Virginia_Grady@fd.org
                                         Attorney for Defendant