**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00044-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HIEU C. MATTISON,

    Defendant.

**GOVERNMENT'S SUPPLEMENTAL SENTENCING STATEMENT**

The United States of America (the government) submits the following supplemental sentencing statement. The defendant is scheduled to be sentenced on Wednesday, May 24, 2017, at 9:00 a.m. The Court granted the government's request to present evidence at this hearing pertaining to the additional false tax returns prepared and filed by the defendant since charges were filed in this matter. ECF 39.

The IRS banned the defendant from electronically filing tax returns. However, he continues to file paper copies of tax returns with the IRS through his tax preparation business. See Attachment A (Memorandum of Activity prepared by IRS Special Agent Arleta Moon).

The government hereby provides notice that at sentencing it will request that, should the Court impose any period of supervision (whether probation or supervised release), the following special condition of supervision be included in the judgment:

1

**The defendant shall not prepare, or advise in the preparation of, any federal or state income tax return other than his own and his family members' tax returns. The defendant is also restricted from engaging in employment, consultation, administration, or any association with any tax preparation business for the term of supervision.**

The government submits that inclusion of this condition is warranted in order "to protect the public from further crimes of the defendant." 18 U.S.C. § 3553(a)(2)C); *see United States v. Preacely,* 702 F.3d 373, 374-376 (7th Cir. 2012) (affirming district court's determination that the defendant violated the term of his supervised release which barred him from acting "directly or indirectly as a tax preparer during the term of supervised release except for his own family" where the defendant was "running a tax preparer's business" through his administrative duties, and also answered questions for employees at the business).

Respectfully submitted this 3rd day of May, 2017.

ROBERT C. TROYER
Acting United States Attorney


s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: martha.paluch@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

Mr. David Johnson
Assistant Federal Public Defender
Counsel for Defendant Hieu C. Mattison
David_Johnson@fd.org

                                                   s/*Mariah Hill*
                                                   Mariah Hill
                                                   Legal Assistant
                                                 United States Attorney's Office
                                                 1801 California Street, Suite 1600
                                                 Denver, CO 80202
                                                 303 454-0100
                                                 Fax: 303 454-0402
                                                 Mariah.hill@usdoj.gov