

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

# Memorandum of Activity

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000246131 | **Location:** | IRS-CI |
| **Investigation Name:** | Hieu Mattison | | 1999 Broadway 27th Floor |
| **Dates:** | April 13, 2017 - April 21, 2017 | | Denver, CO 80202 |
| **Participant(s):** | Arleta Moon, Special Agent | | |

1. Hieu Mattison's (Mattison) Electronic Filing Identification Number (EFIN) associated with AAAE Financial Inc. was expelled on January 2, 2013 by Special Agent Evan Garrett for filing fraudulent tax returns.

2. In January 2016, Mattison was indicted on Title 26 USC § 7206(2). On July 20, 2016, Mattison pleaded guilty.

3. On August 3, 2016, I was notified by the IRS Scheme Development Center that over 80 tax returns were flagged for identity theft. Their report showed that Hieu Mattison was using EFIN 848946 assigned to Total Images Financial Services Inc. to e-file these tax returns. Total Images Financial Services is located at 7500 W. Mississippi Ave, Suite A-240, in Lakewood, CO. That address is the same as Hieu Mattison's business address, AAAE Financial Inc. except the suite number.

4. On August 24, 2016, I sent a letter to the Resident Agent in Charge of the Northern Area Scheme Development Center, recommending that Total Images Financial Services EFIN be revoked.

5. Based on press inquiries to the US Attorney's Office. I was asked to go by Mattison's office to see if he was electronically filing tax returns.

6. On Thursday, April 13, 2017, I drove to Mattison's office at 7500 W. Mississippi Ave, Suite A-240 in Lakewood, CO. There were no cars in building A parking lot and building A appeared to be empty.

7. I observed an Asian male walk to building A with papers in his hand then turn around and walk back toward his vehicle. I asked him if he was going to the tax office to get his taxes prepared. He stated that he already had his taxes prepared but has not received his refund. The Asian male showed me what appeared to be a copy of his tax return; the cover sheet listed Daniel Mattison name. The Asian male said he believes the tax office is in building B (behind building A); I followed him to building B. AAAE Financial is now located in Suite

    B-185 & B-195 (LegalShield, Total Images Financial and Mattison Tickets were also listed on the suite sign).

8. When I entered the office I noticed approximately 10 people sitting in the waiting room. I asked a female client if there was a sign-in sheet. She said I would need to go to the other room.

9. In room next to the waiting area I observed an Asian female behind a desk. I also noticed two other females and a male who appeared to be working there. There were three or four desks in the room with computers; and an office in the back. I asked the Asian female if I needed to sign-in to get my tax return prepared. She asked me if I had been there before. I told her no; she then informed me that they were not taking any new clients.

10. On April 17, 2017, I contacted the IRS Lead Development Center and requested a discovery report that showed the number of tax returns prepared and E-filed by AAAE Financial Inc. and Total Images Financial Services. The report showed that since January 2017, 92 paper returns had been filed using both Daniel Mattison and Hieu Mattison's PTINS. There were no E-filed returns.

11. A compliance Analyst stated that revocations of PTINs are only applicable when a PTIN holder is currently incarcerated or has been temporarily or permanently enjoined from federal return preparation through court order or action.

Arleta Moon
Special Agent