# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: May 24, 2017
Court Reporter: Terri Lindblom
Probation Officer: Paige Meador

Criminal Action No. 16-cr-00044-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,        Martha Paluch

    Plaintiff,

v.

HIEU C. MATTISON,                    David Johnson

    Defendant.

## SENTENCING MINUTES

**9:13 a.m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on July 20, 2016. Defendant pled guilty to Count 17 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The Government **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument.

**Witness sworn for the Government : Arleta Moon :**
**9:28 a.m.**     Direct Examination by Ms. Paluch.

Cross examination of witness by Mr. Johnson.

Re-direct examination of witness by Ms. Paluch.

Proffer by Mr Johnson.

Witness Arleta Moon, previously sworn, is recalled by the Government.

Direct examination of witness by Ms. Paluch.

No cross examination of witness.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2


Proffer by Mr. Johnson.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on the date specified by the Bureau of Prisons.

**10:59 a.m.**   **Court in recess.**

Total Time:   1 hour 46 minutes.
Hearing concluded.