IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:16-cr-00044-MSK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HIEU C. MATTISON,

        Defendant.

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

        The Judgment imposed on May 24, 2017, directed defendant Mattison to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the defendant. Accordingly,

        IT IS ORDERED that Defendant, HIEU C. MATTISON, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at Englewood Federal Prison Camp, 9595 West Quincy Avenue, Littleton, Colorado 80123, on July 11, 2017, by 12:00 pm, and will travel at his own expense.

        DATED at Denver, Colorado, this  8th  day of June, 2017.

        BY THE COURT:

        *Marcia S. Krieger*
        MARCIA S. KRIEGER
        Chief United States District Judge